IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| PACIFIC ENERGY RESOURCES LTD., et al,[1] ) | |
| ) | **Case No. 09-10785 (KJC)** |
| Debtor. ) | (Jointly Administered) |
| ) | |

**AFFIDAVIT OF KEVIN TABLER**

STATE OF ALASKA        )
                                        ) ss.
THIRD JUDICIAL DISTRICT  )

1.My name is Kevin A. Tabler. I am the Manager, Land and Government Affairs for Union Oil Company of California (Union). For the past 28 years, I have been involved with tracking the status of title in the Trading Bay Unit and Trading Bay Field (collectively, TBU/TBF), in Cook Inlet, Alaska. I also have regular access to Union's business records concerning TBU/TBF. I have personal knowledge of the facts stated in this affidavit.

---

[1]The Debtors in these cases, along with the last four digits of each of the Debtors' federal tax identification number, are: Pacific Energy Resources Ltd. (3442); Petrocal Acquisition Corp. (6249); Pacific Energy Alaska Holdings, LLC (tax I.D. # not available); Carneros Acquisition Corp. (5866); Pacific Energy Alaska Operating LLC (7021); San Pedro Bay Pipeline Company (1234); Carneros Energy, Inc. (9487); and Gotland Oil, Inc. (5463). The mailing address for all of the Debtors is 111 W. Ocean Blvd, Suite 1240, Long Beach, CA 90802.

Page 1Affidavit of Kevin Tabler
In re: Pacific Energy Resources Ltd. Case No. 09-10785 (KJC)
H:\2628\PERL-aff Tabler

2.	In 1962, Union, Marathon Oil Company (Marathon) and various other oil companies entered into numerous separate oil and gas leases with the State of Alaska covering property in the Trading Bay area in Cook Inlet, near Anchorage, Alaska. The leases are all on the same printed form; Exhibit A hereto, ADL 17594, is one such example. These leases cover an area that came to be known as the Trading Bay Unit (TBU), and they also cover an adjacent area that came to be known as the Trading Bay Field (TBF). The TBU and TBF are located in the Anchorage Recording District.

3.	In February 1967, the various lessees entered into a *Unit Agreement for the Development and Operation of the Trading Bay Unit Area, State of Alaska* ("Unit Agreement") and a *Unit Operating Agreement - Trading Bay Unit* ("TBUOA"). The Unit agreement combined the leases into a single enterprise, and the TBUOA established Union as the operator of the Trading Bay Unit for the purpose of producing oil and gas. A copy of the TBUOA is Exhibit B hereto. There are a number of supplements and amendments to the TBUOA, but they are not germane to this Motion, and are therefore not included. The TBUOA has been recorded in the Anchorage Recording District numerous times for example it was recorded on January 26, 1999, at Book 3412, Page 1.

4.	Over time, five offshore drilling platforms were constructed in the Trading Bay area, and support facilities were constructed on the west side of Cook Inlet. Union, and all the other lessees, held working interests in the TBU.

5.	In 1996, Union and Marathon, which by then had by acquisition become the only two working interest owners of the oil and gas interests in the Trading Bay area,

Page 2	Affidavit of Kevin Tabler
	In re: Pacific Energy Resources Ltd. Case No. 09-10785 (KJC)
	H:\2628\PERL-aff Tabler

entered into the *Trading Bay Field Joint Operating Agreement* ("TBFJOA"), Exhibit C hereto. This document covers the TBF. The TBFJOA is similar to the TBUOA. The TBFJOA was recorded in the Anchorage Recording District on January 26, 1999, at Book 3214, Page 421. Union is currently the Operator of both the TBU and TBF.

6. In December 1996, Marathon assigned its interests in the Trading Bay oil interests to Forecenergy, Inc. ("Forcenergy"). Marathon retained its interest in the Trading Bay gas interests. In 2000, following a Chapter 11 filing the year before, Forcenergy conveyed all of its TBU and TBF interests to Forest Oil.

7. Effective November 1, 2006, Forest Oil transferred its Trading Bay interests to a subsidiary, Forest Alaska Holding, LLC ("FAH") which then transferred those properties into Forest Alaska Operating, LLC ("FAO") another Forest Oil subsidiary. Currently, Union has 53.2% of the aligned oil interests in Trading Bay and PEAO has 46.8%.

8. Effective January 1, 2007,[2] Pacific Energy Resources, Ltd ("PERL") purchased the membership interest in FAO, and then in August 2007, changed the name of that entity to Pacific Energy Alaska Operating, LLC ("PEAO").

9. On November 25, 2002, Union and Forest Oil entered into a Fuel Gas Supply Agreement. Exhibit D is a true and correct copy of that agreement.

Further affiant sayeth naught.

Page 3    Affidavit of Kevin Tabler
In re: Pacific Energy Resources Ltd.Case No. 09-10785 (KJC)
H:\2628\PERL-aff Tabler

DATED this 23rd day of March 2009.

By: _____
Kevin Tabler

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

SUBSCRIBED AND SWORN to before me March 23, 2009.

_____
Notary Public in and for Alaska
My Commission expires: 2-14-10

List of Exhibits
A   ADL 17594
B   TBUOA
C   TBFJOA
D   Fuel Gas Supply Agreement

STATE OF ALASKA
NOTARY PUBLIC
Judith A. Stanek
My Commission Expires Februray 14, 2010

---

2   The sale documents were dated as of May 24, 2007, but effective retroactively to January 1, 2007.

Page 4    Affidavit of Kevin Tabler
          In re: Pacific Energy Resources Ltd. Case No. 09-10785 (KJC)
          H:\2628\PERL-aff Tabler