IN THE UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

PACIFIC ENERGY RESOURCES LTD., *et al.*, ) Chapter 11
                                           )
                                           ) Chase No. 9-10785(KJC)
                    Debtors.     ) (Jointly Administered)
_____ )

**MINERALS MANAGEMENT SERVICE'S RESPONSE IN SUPPORT OF
DEBTORS' AUTHORITY TO PAY OR HONOR PREPETITION AND
POSTPETITION OBLIGATIONS TO ROYALTY INTERESTS**

      The United States, on behalf of the Department of Interior, Minerals Management Service ("MMS") and the Bureau of Land Management ("BLM"), through undersigned counsel, hereby responds in support of the Debtors' Emergency Motion for Authority to Pay or Honor Prepetition and Postpetition Obligations to Royalty Interests ("Royalty Motion") as follows:

      1.  The United States leases federal lands containing oil and gas deposits under two specific programs: the Mineral Land Leasing Act of 1920, 30 U.S.C. § 181 *et seq*. ("MLA") governing land deposits and the Outer Continental Shelf Lands Act of 1953, 43 U.S.C. §§ 1335 & 1337 ("OCSLA") governing the oil and gas deposits from offshore or submerged lands. The Department of Interior approves and administers these leases for oil, gas, coal, and other minerals on federal lands, the offshore Outer Continental Shelf, and Indian lands.

      2.  For leases on federal lands, the statutes require that the lessees pay the United States as royalties, a specified percentage of the value of the minerals actually produced, either in dollars or "in-kind"(actual barrels or volumes of the mineral extracted). The Federal Oil and Gas Royalty Management Act of 1982, 30 U.S.C. §§ 1701-1757 ("FOGRMA") provides that lessees are responsible for the accurate calculation and payment of royalties. 30 U.S.C. § 1712(a).

FOGRMA also charged the Secretary of the Interior with establishing "a comprehensive inspection, collection and fiscal and production accounting and auditing system to provide the capability to accurately determine oil and gas royalties, interest, fines, penalties, fees, deposits and other payments owed and to collect and account for such amounts in a timely manner." 30 U.S.C. § 1711(a). This task has been delegated to the Mineral Management Service ("MMS"), 30 C..F.R. §§ 200.100 & 218. MMS is authorized to audit royalty payments to determine whether a royalty has been overpaid or under paid 30 U.S.C. § 1711(a) and to conduct lease account reconciliations on a random or as needed basis to determine royalties owed.

3. The United States, through MMS, has leased to the Debtors oil and gas leases on the Outer Continental Shelf ("OCS") offshore of California ("MMS Leases") and, through BLM onshore in California and Alaska ("BLM Leases"). As Debtors acknowledge, pursuant to the OCSLA, the regulations enacted pursuant thereto, notices to lessees, the terms of the leases and other applicable provisions of law, in exchange for the benefits derived from these leases, the Debtors are obligated to pay royalties to the United States on a monthly basis. *See* Royalty Motion ¶ 6.

4. Debtors are liable for all obligations that accrue under their leases; failure to comply with these obligations, including making timely payments of royalties, can effect the Debtors' ability to, *inter alia*, sell or assign any lease interests, comply with current and future bonding requirements, and more important, to continue producing and avoid lease cancellation by MMS or BLM.

5. Debtors estimate that, as of the Petition Date, they owe the United States, through MMS, approximately $2,000,000 in royalty on the oil and gas leases in the "Beta Unit" offshore

California and they owe the State of Alaska and others approximately $1,700,00 in royalties on the oil and gas leases in Alaska. Royalty Motion ¶ 7.

6. The United States concurs with the Debtors' Royalty Motion that they be authorized to delivery in the ordinary course of business the funds owed to MMS and other royalty interest owners as required by the statutes, regulations and leases, with the understanding that these royalty payments to the United States, like any other royalty payments, are subject to subsequent audit and/or reconciliation by MMS.

For the foregoing reasons, the United States requests that the Debtors motion be granted.

Dated: March 30, 2009

                Respectfully submitted,

                JOHN SINQUEFIELD
                Assistant Attorney General

                DAVID WEISS
                Acting United States Attorney

                ELLEN W. SLIGHTS (DE Bar No. 2782)
                Assistant United States Attorney
                1007 Orange Street, Suite 700
                P.O. Box 2046
                Wilmington, Delaware 19899-2046

    /s/ E. Kathleen Shahan
J. CHRISTOPHER KOHN
TRACY WHITAKER
E. KATHLEEN SHAHAN
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 307-0249

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I, E. Kathleen Shahan, hereby certify that on this 30the day March 2009, I caused the foregoing Minerals Management Service's Response in Support of Debtors' Authority to Pay or Honor Prepetition and Postpetition Obligations to Royalty Interests to be served on all parties registered with the CM/ECF system for the United States Bankruptcy Court for the District of Delaware in this case and by Federal Express, morning delivery, to the individuals listed below:

Pachulski Stang Ziehl & Jones LLP
919 North Market Street 17th Floor,
Wilmington, DE 19899-8702
Attn: Laura Davis

Silver Point Finannce:
Skadden, Arps, Slate, Pachulski,
Meagher & Flom, LLP
333 West Wacker Drive, Chicago, IL 60606
1285 Attn: Seth Jacobson, Esq.,
10100 Santa Monica Blvd., 11th Floor

Bingham McCutchen
One Federal Street Boston, MA 01221-1726
Attn: Amy Kyle

Pachulski Stang Ziehl & Jones LLP,
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
Attn: Ira D. Kharash

| | |
|---|---|
| Goldman Sachs (1) Bingham McCutchen<br>399 Park Avenue, New York, NY 10022<br>Attn: Jeffrey Sabin | Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 No. King Street, Suite 2207<br>Lock Box 35 Wilmington, DE 19801<br>Attn: Joseph McMahon, Esq. |

 /s/ E. Kathleen Shahan
E. Kathleen Shahan