B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## For the District of Delaware

In re: <u>Pacific Energy Resources Ltd., et al.</u>  
Debtor

Case No. <u>09-10785</u>  
Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF PACIFIC ENERGY RESOURCES LTD. THROUGH ITS WHOLLY-OWNED SUBSIDIARY, PACIFIC ENERGY ALASKA HOLDINGS, LLC <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>

This is the report as of April 2, 2009 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.

The estate of Pacific Energy Resources Ltd. through its wholly-owned subsidiary, Pacific Energy Alaska Holdings, LLC holds a substantial or controlling interest in the following entity:

| Name of Entity | Interest of the Estate |
|---|---|
| Cook Inlet Pipe Line Company | 50.0% |

A subsidiary of Chevron Corporation is the operator of the Cook Inlet Pipe Line Company, not Pacific Energy Alaska Holdings, LLC.

This periodic report (the "Periodic Report") contains the value, operations, and profitability of the entity listed above. And consists of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered. Exhibit C contains a description of the entity's business operations.

### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Pacific Energy Resources Ltd., et al. holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                2

Date: _Ar___2/09_

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

Sr VP + CFO
Title of Authorized Individual


Signature of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.                                          3

**Exhibit A**
**Valuation Estimate for Cook Inlet Pipe Line Company**


Not Available
No valuation estimate has been performed on this entity
during the past two years.

B26 (Official Form 26) (12/08) – Cont.                                           4

### Exhibit B
### Financial Statements for Cook Inlet Pipe Line Company

See attached exhibits B-1, B-2, B-3 and B-4 for copies of the financial statements Cook Inlet Pipe Line historically provided to the Debtor.  Cook Inlet Pipe Line Company did not historically provide footnotes to these financial statements.

B26 (Official Form 26) (12/08) – Cont.                                                                  5

**Exhibit B-1**
**Balance Sheet for Cook Inlet Pipe Line Company**
As of December 31, 2008 and 2007

|  | December 31 2008 | December 31 2007 |
|---|---|---|
| **CURRENT ASSETS:** | | |
| Cash and Cash Equivalents | $    16,122,805 | $    21,763,718 |
| Receivables from Affiliated Companies | 871,241 | 242,448 |
| Accounts Receivable | 3,544,386 | 745,101 |
| Materials and Supplies | 245,410 | 245,530 |
| Prepayments | 579,500 | 658,662 |
| **Total Current Assets** | 21,363,342 | 23,655,459 |
| | | |
| **INVESTMENT IN AFFILIATED COMPANIES** | 43,111 | 43,111 |
| **SINKING AND OTHER FUNDS** | 15,778,814 | 14,907,804 |
| **TANGIBLE PROPERTY:** | | |
| Property in Service | 74,257,881 | 73,152,618 |
| Less Accrued Depreciation | (57,621,090) | (57,087,989) |
| Net Property in Service | 16,636,790 | 16,064,630 |
| Work in Progress | 170,322 | 681,098 |
| **Total Tangible Property** | 16,807,113 | 16,745,727 |
| **OTHER ASSETS AND DEFERRED CHARGES:** | | |
| Deferred Income Tax Benefits | 5,894,054 | 5,894,054 |
| **Total Other Assets and Deferred Charges** | 5,894,054 | 5,894,054 |
| **TOTAL ASSETS** | $    59,886,433 | $    61,246,154 |
| | | |
| **CURRENT LIABILITIES:** | | |
| Payables to Affiliated Companies | $    309,121 | $    305,447 |
| Accounts Payable to Others | 1,862,282 | 409,178 |
| Taxes Payable - Non-Income | 40,731 | 3,382 |
| Taxes Payable - Income | (1,735,775) | (856,858) |
| Other Accrued Liabilities | 18,378 | 18,543 |
| **Total Current Liabilities** | 494,738 | (120,308) |
| **NON-CURRENT LIABILITY:** | | |
| Reserve for Dismantlement | 39,712,054 | 37,960,530 |
| **Total Non-Current Liabilities** | 39,712,054 | 37,960,530 |
| **TOTAL LIABILITIES** | 40,206,792 | 37,840,222 |
| | | |
| **STOCKHOLDERS' EQUITY:** | | |
| Capital Stock-Common | 4,000,000 | 4,000,000 |
| Capital Contributions | 6,000,000 | 6,000,000 |
| Retained Earnings, End of Period | 9,679,641 | 13,405,932 |
| **Total Stockholders' Equity** | 19,679,641 | 23,405,932 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $    59,886,433 | $    61,246,154 |

B26 (Official Form 26) (12/08) – Cont.                                                                6

### Exhibit B-2
### Statement of Income (Loss) for Cook Inlet Pipe Line Company
Years-Ended December 31, 2008 and 2007

| | Years-Ended | |
| --- | --- | --- |
| | December 31 2008 | December 31 2007 |
| **REVENUE** | | |
| Transportation Revenue | $ 11,112,730 | $ 9,524,566 |
| Interest Income | 575,920 | 2,030,811 |
| **Total Revenue** | **11,688,651** | **11,555,377** |
| | | |
| **EXPENSES** | | |
| Salaries and Wages | 2,266,531 | 1,941,838 |
| Employee Benefits | 847,312 | 947,085 |
| Car and Travel | 76,780 | 3,155 |
| Materials and Supplies | 2,103,451 | 642,653 |
| Contract and Purchased Services | 6,626,016 | 3,229,576 |
| Rent Expense | 110,072 | 105,765 |
| Power | 26,189 | 11,230 |
| Depreciation | 538,993 | 457,876 |
| Provision for Dismantlement | 1,751,525 | 1,671,302 |
| Taxes | 318,526 | 287,529 |
| Insurance | 1,069,032 | 1,167,970 |
| Other | 555,409 | 825,577 |
| | | |
| **Total Expenses** | **16,289,836** | **11,291,557** |
| | | |
| **Net Income/(Loss) Before Income Taxes** | **(4,601,185)** | **263,820** |
| | | |
| Federal Income Tax (Benefit)/Expense | (1,028,141) | 263,072 |
| State Income Tax (Benefit)/Expense | 153,246 | (65,245) |
| | | |
| **Net Income/(Loss)** | **$ (3,726,290)** | **$ 65,993** |

B26 (Official Form 26) (12/08) – Cont.                                    7

**Exhibit B-3**
**Statement of Cash Flows for Cook Inlet Pipe Line Company**

Not Available
Cook Inlet Pipe Line Company has not historically prepared or provided
statements of cash flows to the Debtor.

B26 (Official Form 26) (12/08) – Cont.                                        8

### Exhibit B-4
### Statement of Changes in Shareholders'/Partners' Equity (Deficit) for
### Cook Inlet Pipe Line Company
Year-Ended December 31, 2008

|  | December 31 2008 |
|---|---|
| **STOCKHOLDERS' EQUITY:** | |
| Beginning Equity | $        23,405,932 |
| Net Loss | (3,726,290) |
| Ending Equity | $        19,679,642 |

B26 (Official Form 26) (12/08) – Cont.                                                                          9

## Exhibit C
## Description of Operations for Cook Inlet Pipe Line Company

**Background Description**

The Cook Inlet Pipe Line Company owns a 20" oil line, approximately 43.0 miles in length with a throughput of approximately 17,500 barrels per day, and the Drift River offshore oil terminal with a capacity of 150,000 barrels per day.

The pipe line originates at the Granite Point Production Facility in Cook Inlet, Alaska and extends to the Drift River Terminal. All of the Debtor's Cook Inlet, Alaska production is transported via the pipe line to the Drift River Terminal. Chevron Corporation and other oil production companies with facilities located in the Cook Inlet also use the pipe line.

The Debtor owns a 50.0% share in the Cook Inlet Pipe Line Company. The remaining 50.0% interest is owned by a subsidiary of Chevron Corporation, the pipe line operator.

**Recent Events**

The Drift River Terminal sits in the flood plain of the Drift River, just below Mount Redoubt, an active volcano which over the past few weeks has experienced periodic eruptions. The volcano sits above a massive glacier that feeds the river. As eruptions occurred, hot gas and ash melted portions of the glacier, sending flash floods of water and mud downstream causing water and debris to collect next to the Drift River Terminal.

The periodic evacuations as well as the clean-up efforts that are currently underway associated with these events have caused disruption to the business. Additional or more severe volcanic activity could cause further disruption and potentially damage the physical assets of the business.