IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| PACIFIC ENERGY RESOURCES LTD, *et al.*, | ) | Chapter 11 |
| | ) | Case No. 09-10785 (KJC) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR EXPEDITED CONSIDERATION OF, AND TO SHORTEN THE NOTICE PERIOD APPLICABLE TO, THE COMMITTEE'S MOTION TO EXTEND RESTRICTIONS ON CLAIMS AND EQUITY TRANSFERS TO INCLUDE DEBTORS' SECURED LENDERS

UPON THE MOTION (the "Motion to Shorten") of the Official Committee of Unsecured Creditors (the "Committee") for expedited consideration of, and to shorten the notice period applicable to, the Committee's Motion To Extend Restrictions On Claims And Equity Transfers To Include Debtors' Secured Lenders (the "Motion"); and this Court possessing jurisdiction to consider the Motion to Shorten, and venue being proper, and notice of the Motion to Shorten having been adequate, and the relief requested in the Motion to Shorten being warranted, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The Motion shall be considered at the Hearing scheduled for April 15, 2009 at 1:00 p.m. (ET).

3. Any objections or other responses to the Motion ~~must be filed with this Court~~ *may be raised at the time of* ~~and served upon counsel to the Committee so as to be received no later than April ___, 2009 at~~ *hearing*. ~~____ (ET).~~

#10794495 v1

4. This Court shall retain jurisdiction over all matters arising from the interpretation or implementation of this Order.

Dated: April 15, 2009
Wilmington, DE

_____
UNITED STATES BANKRUPTCY JUDGE

#10794495 v1