IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| PACIFIC ENERGY RESOURCES LTD., et al,[1] ) | |
| ) | **Case No. 09-10785 (KJC)** |
| Debtor. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: May 1, 2009, 1:00pm** |
| ) | **Objections Deadline: April 27, 2009** |

### AFFIDAVIT OF CABOT CHRISTIANSON

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

1. My name is Cabot Christianson. I am counsel for Union Oil Company of California in this proceeding. I am an attorney admitted to practice in Alaska and am admitted pro hac vice at Docket No. 83 in this case. I have personal knowledge of the statements made in this affidavit.

2. In response to my requests to Debtor's counsel asking for details on royalties proposed to be paid to the State of Alaska under *Debtor's Emergency Motion for Authority to Pay or Honor Prepetition and Postpetition Obligations to Royalty Interests* (the

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtors' federal tax identification number, are: Pacific Energy Resources Ltd. (3442); Petrocal Acquisition Corp. (6249); Pacific Energy Alaska Holdings, LLC (tax I.D. # not available); Carneros Acquisition Corp. (5866); Pacific Energy Alaska Operating LLC (7021); San Pedro Bay Pipeline Company (1234); Carneros Energy, Inc. (9487); and Gotland Oil, Inc. (5463). The mailing address for all of the Debtors is 111 W. Ocean Blvd, Suite 1240, Long Beach, CA 90802.

PAGE 1:      AFFIDAVIT OF CABOT CHRISTIANSON
             H:\2628\PERL - 09-10785-KJC\AFF CABOT RESPONSE TO ROYALTY.WPD

Royalty Motion), Docket No. 15, Debtors' attorney Scotta McFarland sent me an email on April 21, 2009, regarding estimated royalties to be paid to the State of Alaska. A copy of that email is attached hereto as Exhibit A.

       3.     In response to my several requests to Debtors' counsel asking for details, by payee and by property, proposed to be paid under the Royalty Motion, I received another email from Scotta McFarland on April 21, 2009, which attached an Excel file containing two worksheets. Exhibit B hereto is her email and, in a reformatted form, the two worksheets - one worksheet showing payments by property (worksheet entitled "Total" and consisting of 6 pages)[2] and the other worksheet showing payments by payee (worksheet entitled "Total by Client" and consisting of 4 pages).[3]

       4.     In response to my requests to Lenders' for a set of the documents which granted overriding royalty interests (ORRIs) to the Lenders, I received from attorney Molly C. Sorg a disc containing the following documents:

       a.    A 92-page *Conveyance of Overriding Royalty Interest* to SPCP Group Alaska, LLC. A copy of this instrument, recorded August 27, 2007, is attached hereto as Exhibit C.

       b.    A 92-page *Conveyance of Overriding Royalty Interest* to SPCP Group III Alaska, LLC. A copy of this instrument, recorded August 27, 2007, is attached hereto as Exhibit D.

---

[2]    Exhibit B hereto, pages 2 through 7.

[3]    Exhibit B hereto, pages 8 through 11.

PAGE 2:    AFFIDAVIT OF CABOT CHRISTIANSON
             H:\2628\PERL - 09-10785-KJC\AFF CABOT RESPONSE TO ROYALTY.WPD

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Further affiant sayeth naught.

Dated: April 27, 2009.

_____
Cabot Christianson

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

SUBSCRIBED AND SWORN TO before me April 27, 2009.



Notary Public for Alaska
My commission expires 9/21/10

List of Exhibits

A    McFarland email to Christianson, April 21, 2009, re: State of Alaska royalties
B    McFarland email to Christianson, April 21, 2009, with
       "Total" worksheet, 6 pages, and
       "Total by Client" worksheet, 4 pages
C    ORRI Conveyance to SPCP Alaska, LLC (92 pages)
D    ORRI Conveyance to SPCP Group III Alaska, LLC (92 pages)

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

PAGE 3:    AFFIDAVIT OF CABOT CHRISTIANSON
            H:\2628\PERL - 09-10785-KJC\AFF CABOT RESPONSE TO ROYALTY.WPD