# EXHIBIT A



# Key Employee Incentive Plan

May 8, 2009

Confidential

# Table of Contents

| Section | Page |
|---|---|
| Executive Summary | 3 |
| Group 1a – Beta Sales Value Target | 4 |
| Group 1b – Beta Royalty Relief Target | 5 |
| Group 2 – Alaska Sales Value Target | 6 |
| Group 3 – Beta & SPBP Targets | 7 |
| Group 4 – Alaska Lease Operating Expense Target | 8 |
| Bonus Calculation and Timing of Payments | 9 |
| Appendices | 10 |
| Plan Details by Group, Employee and Metric | 11 |
| Summary by Employee | 15 |
| Beta Forecast Daily Production | 16 |
| Beta Forecast LOE Spend | 17 |
| Alaska Forecast LOE Spend | 18 |



# Executive Summary



- The Key Employee Incentive Plan ("KEIP") is for a select group of executives, managers, supervisors, and key hourly employees that can significantly influence the various initiatives ongoing within the chapter 11 proceedings.

- This is a new program that is being put in place as a result of the challenges and uncertainties presented by a chapter 11 reorganization process.

- The KEIP participants will play an integral role in maximizing value for all constituents and providing for a smooth transition of the assets to the new buyers and a wind-down of the estate.

- The KEIP is based on several metrics, each of which will enhance the value of the estate. The metrics are as follows:

    - Beta Sale Value and Royalty Relief
    - Alaska Sale Value
    - Beta Daily Production
    - Beta Spending to Budget
    - Alaska Spending to Budget

- The total bonus to be paid under this plan will be between zero and $1.4 million based on the performance against various metrics that have been established. The Low payout is expected to be approximately $380 thousand with a mid or likely payout being approximately $741 thousand.

- These plans will create value for, and provide incentives to, key employees during the chapter 11 process driving the entire team toward positive, value maximizing results for all constituents.

- These plans also require the Company to maintain compliance with all DIP financing covenants.



ZOLFO COOPER

3

# Group 1 - Metric 1a: Beta Sales Value Target

- There are six participants in Group 1 that are eligible to earn a bonus under metric 1a.
- Each participant has the opportunity to earn a bonus equivalent to a certain percentage of their base salary upon the receipt of a of a bona fide third party offer to purchase the assets associated with the Beta Field.
- The Beta sales value used to determine the bonus tier will be consistent with the value used to calculate the fee for Redacted
- The payout range for Group 1, under metric 1a would be $166.6K, $333.3K, and $499.8K for each of the Low, Mid, and High cases below (with zero bonus paid if the minimum threshold is not met).

| Group 1 (% of Base Salary) | Metric 1a Beta Sale Value Target | | |
|---|---|---|---|
| Employee | $150,000,000 | $225,000,000 | $300,000,000 |
| Redacted | 20.0% | 40.0% | 60.0% |
|  | 20.0% | 40.0% | 60.0% |
|  | 20.0% | 40.0% | 60.0% |
|  | 1.0% | 2.0% | 3.0% |
|  | 1.0% | 2.0% | 3.0% |
|  | 1.0% | 2.0% | 3.0% |


# Group 1 – Metric 1b: Beta Royalty Relief

- There are three participants in Group 1 that are eligible to earn a bonus under metric 1b.
- Each participant has the opportunity to earn a bonus equivalent to a certain percentage of their base salary upon a successful reduction in royalty rates with the MMS related to the Beta Field.
  - A reduction in royalties must be effectuated prior to or in concurrence with a sale transaction, thus enhancing the overall sales value that can be achieved for the Beta Assets.
- To be paid-out, the total Beta sales value must be greater than $200.0 million, with the portion of value attributable to royalty relief exceeding $324,000 (the total eligible bonus pool for this group).
- The sales value attributable to the royalty reduction shall be determined by the compensation committee in good faith based on all available data including feedback from buyers on the value they are attributing to the reduction in royalty rates.

| Group 1 (% of Base Salary) Employee | Sales Value: Royalty Relief Value: | Metric 1b Beta Sale Value Target | | |
|---|---|---|---|---|
| | | <$200,000,000 N/A | >$200,000,000 <$324,000 | >$200,000,000 >$324,000 |
| Redacted | | 0.0% 0.0% 0.0% | 0.0% 0.0% 0.0% | 40.0% 40.0% 40.0% |



PACIFIC ENERGY

ZOLFO COOPER

5

# Group 2 - Alaska Sales Value Target

- There are seven participants in Group 2.
- Each participant has the opportunity to earn a bonus equivalent to a certain percentage of their base salary upon the receipt of a of a bona fide third party offer to purchase the assets associated with the Alaska Properties.
- The Alaska sales value used to determine the bonus tier will be consistent with the value used to calculate the fee for Redacted
- The payout range for group 2 would be $83.1K, $166.2K, and $249.2K for each of the Low, Mid, and High cases below (with zero bonus paid if the minimum threshold is not met).

**Group 2**
(% of Base Salary)

| Employee | Metric 2 Alaska Sale Value Target | | |
|---|---|---|---|
| | $5,000,000 | $15,000,000 | $25,000,000 |
| Redacted | 5.0% | 10.0% | 15.0% |
| | 5.0% | 10.0% | 15.0% |
| | 20.0% | 40.0% | 60.0% |
| | 1.0% | 2.0% | 3.0% |
| | 1.0% | 2.0% | 3.0% |
| | 5.0% | 10.0% | 15.0% |
| | 1.0% | 2.0% | 3.0% |



PACIFIC ENERGY

ZOLFO COOPER

6

# Group 3 – Beta & SPBP Targets



- There are 14 participants in Group 3.
- Each participant has the opportunity to earn a bonus equivalent to a percentage of their base salary upon meeting milestones for two different metrics:
  - Group 3a: is an incentive based on maintaining a minimum production level for Beta Assets in total
  - Group 3b: is an incentive based on controlling the lease operating expenses ("LOE") at Beta and San Pedro Bay Pipeline (i.e. based on favorable spending variance to budget)
- The time period for each of the metrics above will be the 17-week period beginning May 3, 2009 and ending August 29th, 2009.
- The payout range for each metric of Group 3 (Metrics 3a and 3b) would be $43.0K, $75.9K, and $108.8K for each of the Low, Mid, and High cases below (with zero bonus paid if the minimum threshold is not met).

| Group 3 (% of Base Salary) Employee | Metric 3a Beta Target Daily Production (bbls) | | | Metric 3b Beta Favorable Variance to Budget - LOE | | |
|---|---|---|---|---|---|---|
| | 3,400 | 3,800 | 4,200 | $500,000 | $1,000,000 | $1,500,000 |
| Redacted | 2.5% | 5.0% | 7.5% | 2.5% | 5.0% | 7.5% |
| | 1.0% | 2.0% | 3.0% | 1.0% | 2.0% | 3.0% |
| | 1.0% | 2.0% | 3.0% | 1.0% | 2.0% | 3.0% |
| | 5.0% | 7.5% | 10.0% | 5.0% | 7.5% | 10.0% |
| | 5.0% | 7.5% | 10.0% | 5.0% | 7.5% | 10.0% |
| | 5.0% | 7.5% | 10.0% | 5.0% | 7.5% | 10.0% |
| | 1.0% | 2.0% | 3.0% | 1.0% | 2.0% | 3.0% |
| | 2.0% | 4.0% | 6.0% | 2.0% | 4.0% | 6.0% |
| | 2.0% | 4.0% | 6.0% | 2.0% | 4.0% | 6.0% |
| | 2.0% | 4.0% | 6.0% | 2.0% | 4.0% | 6.0% |
| | 2.0% | 4.0% | 6.0% | 2.0% | 4.0% | 6.0% |
| | 2.0% | 4.0% | 6.0% | 2.0% | 4.0% | 6.0% |
| | 2.0% | 4.0% | 6.0% | 2.0% | 4.0% | 6.0% |
| | 2.0% | 4.0% | 6.0% | 2.0% | 4.0% | 6.0% |



# Group 4 – Alaska Lease Operating Expense Target



- There are 10 participants in Group 4.
- Each participant has the opportunity to earn a bonus equivalent to a percentage of their base salary based on controlling the lease operating expenses ("LOE") of the Alaska Operated Properties.
- The time period for each of the metrics above will be the 17-week period beginning May 3, 2009 and ending August 29th, 2009.
- The payout range for group 4 would be $44.7K, $89.5K, and $134.2K for each of the Low, Mid, and High cases below (with zero bonus paid if the minimum threshold is not met).

| Group 4 (% of Base Salary) | Metric 4 Alaska Favorable Variance to Budget - LOE | | |
|---|---|---|---|
| Employee | $200,000 | $400,000 | $600,000 |
| Redacted | 5.0% | 10.0% | 15.0% |
| | 1.0% | 2.0% | 3.0% |
| | 1.0% | 2.0% | 3.0% |
| | 4.0% | 8.0% | 12.0% |
| | 4.0% | 8.0% | 12.0% |
| | 4.0% | 8.0% | 12.0% |
| | 4.0% | 8.0% | 12.0% |
| | 4.0% | 8.0% | 12.0% |
| | 4.0% | 8.0% | 12.0% |
| | 4.0% | 8.0% | 12.0% |



# Bonus Calculation and Timing of Payments

<u>Bonus Calculation</u>

- The bonus structure for each Group will be calculated using a sliding scale for each metric, with the exception of metric 1b, such that once the initial threshold amount is attained the bonus percentage will be increased pro rata to the next threshold amount or until the maximum percentage is reached.

- For example, the percentage paid to [Redacted] with respect to Metric 1a in each of the following scenarios would be calculated as follows:
  - If the Beta Assets are sold for $125,000,000, no bonus would be paid.
  - If the Beta Assets are sold for $250,000,000, the interpolated bonus percentage would be 46.7%.
  - If the Beta Assets are sold for $400,000,000, the bonus percentage would be 60.0%, or the maximum.

<u>Timing of Payments</u>

- Groups 1 and 2 will be paid during the first payroll after the entry of an order approving the sale of the assets.
  - Based on events as scheduled it is expected that payments, if any, would happen no later than the August 28th payroll.

- Group 3 and 4 will be paid after final reconciliation and verification of performance against the milestones.
  - It is expected that the payments, if any, would happen on the September 11th payroll.

 ZOLFO COOPER

 PACIFIC ENERGY

9



# APPENDICES







PACIFIC ENERGY

# Plan Details by Group, Employee and Metric

Pacific Energy Resources  
Key Employee Incentive Plan


PACIFIC ENERGY

| Name | Title | Salary | Metric 1a<br>Beta Value Target<br>(Based on Third Party Offer)<br>$225,000,000 | | Metric 1b<br>Beta Value Target<br>(With Royalty Relief)<br>>$200,000,000 | |
|---|---|---|---|---|---|---|
| | | % | $150,000,000 $ | % | $300,000,000 $ | % $ |
| **Group 1 - Beta - Senior Management & Corporate** | | | | | | |
| Redacted | | 20.0% | Redacted | 40.0% | Redacted | 40.0% |
| | | 20.0% | | 40.0% | | 40.0% |
| | | 20.0% | | 40.0% | | 40.0% |
| | | 1.0% | | 2.0% | | 3.0% |
| | | 1.0% | | 2.0% | | 3.0% |
| | | 1.0% | | 2.0% | | 3.0% |
| **Group 2 - Alaska - Senior Management & Corporate** | | | | | | |
| Redacted | | | | | | |
| **Group 3 - Beta Operations & Corporate** | | | | | | |
| Redacted | | | | | | |
| **Group 4 - Alaska Operations & Corporate** | | | | | | |
| Redacted | | | | | | |
| **Grand Total** | | | $ Redacted | | $ Redacted | $ Redacted |

ZOLFO COOPER

11

# Plan Details by Group, Employee and Metric

**Pacific Energy Resources**
**Key Employee Incentive Plan**

 PACIFIC ENERGY

| Name | Title | Salary | Metric 2 AK Value Target (Based on Third Party Offer) | | |
|---|---|---|---|---|---|
| | | | $5,000,000 % | $15,000,000 % | $25,000,000 % |

**Group 1 - Beta - Senior Management & Corporate**

Redacted

**Group 2 - Alaska - Senior Management & Corporate**

Redacted

| | | | 5.0% | 10.0% | 15.0% |
| | | | 5.0% Redacted | 10.0% Redacted | 15.0% Redacted |
| | | | 20.0% | 40.0% | 60.0% |
| | | | 1.0% | 2.0% | 3.0% |
| | | | 1.0% Redacted | 2.0% Redacted | 3.0% Redacted |
| | | | 5.0% | 10.0% | 15.0% |
| | | | 1.0% | 2.0% | 3.0% |

**Group 3 - Beta Operations & Corporate**

Redacted

**Group 4 - Alaska Operations & Corporate**

Redacted

| Grand Total | | $ Redacted | $ Redacted | $ Redacted |

ZOLFO COOPER

12

# Plan Details by Group, Employee and Metric (Continued)

**Pacific Energy Resources**
**Key Employee Incentive Plan**

PACIFIC ENERGY

| Name | Title | Salary | | Metric 3a<br>Beta Target Daily Production (bbls)<br>(Based on daily average (May 1st to August 31st) | | | | | Metric 3b<br>Beta Performance to Budget - LOE<br>(Net Unders;end over DIP Period) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | % | 3,300 | $ | 3,800 | $ | 4,300 | $500,000 | $ | $1,000,000 | $ | $1,500,000 | $ |

### Group 1 - Beta - Senior Management & Corporate

Redacted

### Group 2 - Alaska - Senior Management & Corporate

Redacted

### Group 3 - Beta Operations & Corporate

| | | | 2.5% | | 5.0% | | 7.5% | | 2.5% | | 5.0% | | 7.5% | |
| | | | 1.0% | | 2.0% | | 3.0% | | 1.0% | | 2.0% | | 3.0% | |
| | | | 1.0% | | 2.0% | | 3.0% | | 1.0% | | 2.0% | | 3.0% | |
| | | | 5.0% | | 7.5% | | 10.0% | | 5.0% | | 7.5% | | 10.0% | |
| | | | 5.0% | Redacted | 7.5% | Redacted | 10.0% | | 5.0% | Redacted | 7.5% | Redacted | 10.0% | |
| | | | 1.0% | | 2.0% | | 3.0% | | 1.0% | | 2.0% | | 3.0% | |
| | | | 2.0% | | 4.0% | | 6.0% | | 2.0% | | 4.0% | | 6.0% | |
| | | | 2.0% | | 4.0% | | 6.0% | | 2.0% | | 4.0% | | 6.0% | |
| | | | 2.0% | | 4.0% | | 6.0% | | 2.0% | | 4.0% | | 6.0% | |
| | | | 2.0% | | 4.0% | | 6.0% | | 2.0% | | 4.0% | | 6.0% | |
| | | | 2.0% | | 4.0% | | 6.0% | | 2.0% | | 4.0% | | 6.0% | |
| | | | 2.0% | | 4.0% | | 6.0% | | 2.0% | | 4.0% | | 6.0% | |

### Group 4 - Alaska Operations & Corporate

Redacted

| Grand Total | | $ | Redacted | | $ | Redacted | | $ | Redacted | | $ | Redacted | | $ | Redacted |


ZOLFO COOPER

13

# Plan Details by Group, Employee and Metric (Continued)

**Pacific Energy Resources**
**Key Employee Incentive Plan**

| Name | Title | Salary | % | $ | Metric 4<br>AK Performance to Budget - LOE<br>(Net Underspend over DIP Period)<br>% | $200,000 | $400,000 | $600,000 |
|---|---|---|---|---|---|---|---|---|
| Group 1 – Beta – Senior Management & Corporate | | | | | | | | |
| Redacted | | | | | | | | |
| Group 2 – Alaska – Senior Management & Corporate | | | | | | | | |
| Redacted | | | | | | | | |
| Group 3 – Beta Operations & Corporate | | | | | | | | |
| Redacted | | | | | | | | |
| Group 4 – Alaska Operations & Corporate | | | | | | | | |
| | | | 5.0% | Redacted | 10.0% | Redacted | 15.0% | Redacted |
| | | | 1.0% | | 2.0% | | 3.0% | |
| | | | 1.0% | | 2.0% | | 3.0% | |
| | | | 4.0% | | 8.0% | | 12.0% | |
| | | | 4.0% | | 8.0% | | 12.0% | |
| | | | 4.0% | | 8.0% | | 12.0% | |
| | | | 4.0% | | 8.0% | | 12.0% | |
| | | | 4.0% | | 8.0% | | 12.0% | |
| | | | 4.0% | | 8.0% | | 12.0% | |
| | | | 4.0% | | 8.0% | | 12.0% | |
| Grand Total | | | | $ Redacted | | $ Redacted | | $ Redacted |


ZOLFO COOPER

PACIFIC ENERGY

14

# Summary by Employee

**Pacific Energy Resources**
**Key Employee Incentive Plan**

| Employee | Group(s) | Base Salary | Incentive Plan Summary | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Low Case | % | Mid Case | % | Max Case | % |
| Redacted | 3 | Redacted | Redacted | 4.0% | Redacted | 8.0% | Redacted | 12.0% |
| | 1,2,3,4 | | | 5.0% | | 10.0% | | 15.0% |
| | 3 | | | 4.0% | | 8.0% | | 12.0% |
| | 1,2,3,4 | | | 5.0% | | 10.0% | | 15.0% |
| | 3 | | | 4.0% | | 8.0% | | 12.0% |
| | 2,4 | | | 25.0% | | 50.0% | | 75.0% |
| | 3 | | | 10.0% | | 15.0% | | 20.0% |
| | 3 | | | 4.0% | | 8.0% | | 12.0% |
| | 1,2 | | | 25.0% | | 50.0% | | 115.0% |
| | 3 | | | 5.0% | | 10.0% | | 15.0% |
| | 1,2,3,4 | | | 4.0% | | 8.0% | | 12.0% |
| | 2 | | | 5.0% | | 10.0% | | 15.0% |
| | 4 | | | 4.0% | | 8.0% | | 12.0% |
| | 1,2 | | | 25.0% | | 50.0% | | 115.0% |
| | 3 | | | 10.0% | | 15.0% | | 20.0% |
| | 3 | | | 4.0% | | 8.0% | | 12.0% |
| | 4 | | | 4.0% | | 8.0% | | 12.0% |
| | 4 | | | 4.0% | | 8.0% | | 12.0% |
| | 4 | | | 4.0% | | 8.0% | | 12.0% |
| | 3 | | | 4.0% | | 8.0% | | 12.0% |
| | 1,3 | | | 25.0% | | 50.0% | | 115.0% |
| | 4 | | | 4.0% | | 8.0% | | 12.0% |
| | 3 | | | 4.0% | | 8.0% | | 12.0% |
| | 4 | | | 4.0% | | 8.0% | | 12.0% |
| | 4 | | | 4.0% | | 8.0% | | 12.0% |
| | 3 | | | 10.0% | | 15.0% | | 20.0% |
| 25 | | $ 3,363,962 | $ 380,467 | 11.3% | $ 740,612 | 22.0% | $ 1,424,757 | 42.4% |



# Beta Forecast Daily Production

| Beta Production | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **5/8** | **5/15** | **5/22** | **5/29** | **6/5** | **6/12** | **6/19** | **6/26** | **7/3** |
| Budgeted Production | 27,291 | 27,242 | 27,193 | 27,144 | 27,095 | 27,046 | 26,997 | 26,949 | 26,900 |
| BBLS / Day: | | | | | | | | | |
| Weekly Average | 3,899 | 3,892 | 3,885 | 3,878 | 3,871 | 3,864 | 3,857 | 3,850 | 3,843 |
| Period Average | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 |

| | **7/10** | **7/17** | **7/24** | **7/31** | **8/7** | **8/14** | **8/21** | **8/28** | **Total** |
|---|---|---|---|---|---|---|---|---|---|
| Budgeted Production | 26,851 | 26,803 | 26,755 | 26,707 | 26,658 | 26,610 | 26,562 | 26,515 | 457,317 |
| BBLS / Day: | | | | | | | | | |
| Weekly Average | 3,836 | 3,829 | 3,822 | 3,815 | 3,808 | 3,801 | 3,795 | 3,788 | **3,843** |
| Period Average | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | 3,843 | **3,843** |

# Beta Forecast LOE Spend

## Beta LOE

| | 5/8 | 5/15 | 5/22 | 5/29 | 6/5 | 6/12 | 6/19 | 6/26 | 7/3 |
|---|---|---|---|---|---|---|---|---|---|
| Budgeted LOE | $ 635 | $ 404 | $ 635 | $ 414 | $ 634 | $ 403 | $ 633 | $ 413 | $ 632 |
| Less: | | | | | | | | | |
| Power and Facilities | (119) | (119) | (119) | (119) | (119) | (119) | (119) | (119) | (119) |
| Gravity Costs | - | - | - | (11) | - | - | - | (11) | - |
| Adjusted LOE | $ 517 | $ 286 | $ 516 | $ 285 | $ 515 | $ 284 | $ 514 | $ 283 | $ 513 |

| | 7/10 | 7/17 | 7/24 | 7/31 | 8/7 | 8/14 | 8/21 | 8/28 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Budgeted LOE | $ 401 | $ 631 | $ 400 | $ 641 | $ 399 | $ 629 | $ 398 | $ 640 | $ 8,942 |
| Less: | | | | | | | | | |
| Power and Facilities | (119) | (119) | (119) | (119) | (119) | (119) | (119) | (119) | (2,019) |
| Gravity Costs | - | - | - | - | - | - | - | (11) | (45) |
| Adjusted LOE | $ 282 | $ 512 | $ 281 | $ 511 | $ 280 | $ 511 | $ 279 | $ 510 | $ 6,879 |



# Alaska Forecast LOE Spend

## Alaska LOE

| | 5/8 | 5/15 | 5/22 | 5/29 | 6/5 | 6/12 | 6/19 | 6/26 | 7/3 |
|---|---|---|---|---|---|---|---|---|---|
| Budgeted LOE | $ 204 | $ 91 | $ 179 | $ 98 | $ 232 | $ 91 | $ 179 | $ 91 | $ 187 |
| Less: | | | | | | | | | |
| Oil Transportation | (25) | - | - | - | (52) | - | - | - | - |
| Gravity Costs | - | - | - | (8) | - | - | - | - | (8) |
| **Adjusted LOE** | $ 179 | $ 91 | $ 179 | $ 91 | $ 179 | $ 91 | $ 179 | $ 91 | $ 179 |

| | 7/10 | 7/17 | 7/24 | 7/31 | 8/7 | 8/14 | 8/21 | 8/28 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Budgeted LOE | $ 140 | $ 179 | $ 91 | $ 187 | $ 140 | $ 179 | $ 91 | $ 187 | $ 2,547 |
| Less: | | | | | | | | | |
| Oil Transportation | (49) | - | - | - | (49) | - | - | - | (176) |
| Gravity Costs | - | - | - | (8) | - | - | - | (8) | (31) |
| **Adjusted LOE** | $ 91 | $ 179 | $ 91 | $ 179 | $ 91 | $ 179 | $ 91 | $ 179 | $ 2,339 |



18