# EXHIBIT A

## EXHIBIT A

**Attached to and made a part of that certain Motion Of The Debtors For An Order Authorizing Abandonment Of Interests In The Spurr Platform Located In Alaska And Rejection Of Executory Contracts Relating Thereto**

That certain oil and gas platform built by the Superior Oil Company in the E/2 of Section 34-10N-13W under the authority granted under ADL 17597 in or about 1966. Prior to 1988, the Spurr Platform (together with all associated facilities, materials and equipment acquired by the Debtors, the "Subject Property") was known as the Texaco "A" Platform, or less frequently, the Superior Trading Bay Platform.

## DESCRIPTION OF SUBJECT PROPERTY

(a)   All right, title, and interest of Debtors in and to the oil and gas production platform, including the wells, pipelines, platform, all machinery, fixtures, facilities, gathering systems, drilling and production platforms and rigs, subsea equipment, well, equipment, pipelines, flow lines, tank batteries, materials and equipment inventory, abandoned property, junk and other tangible personal property, fixtures and improvements, together with any movables and immovables located on the Subject Property, subject to all existing restrictions, exceptions, reservations, conditions, limitations, burdens, contracts, agreements and other matters applicable to the Subject Property, including but not limited to the following:

Drilling Equipment:

2 Drilling Rigs - containing the following:

| | |
|---|---|
| 1 | Drilling Derrick - 136' X 30', Lee C. Moore, standard derrick, SN #WN1547-133 and 134, with sub-base mounted on 1½" skid beams with 2 point Hydranautics jacking system |
| 1 | Draw Works, Wilson, Model 65SE, SN #7311 and EE 15280-558. Driven by General Motors diesel 7124-7201 V-12, with Allison Model TC-955 converter. 15" double drum rotor hydromatic brake, drum clutches, ATD-227, drum water box, weight indicator, 150 Gal. diesel tank, skid mounted |
| 1 | Crown Block, 5 sieve |
| 1 | Traveling Block, 1 Oilwell, 66" with Byron-Jackson swivel<br>1 Byron-Jackson Unimatic 6250,-5 sieve |
| 1 | Air Tugger Hoist |
| 1 | Rotary Table, Oilwell 17-C, 17½", with master bushing |

| | |
|---|---|
| 2 | Mud Tanks 7' wide X 25' lona X 6' deep, expanded metal top |
| 1 | Pipe Tong, air tongs |
| 1 | 4" 3M StandPipe & kelly hose (one) |
| 1 | Reservoir for Hydromatic 2" X 4' X 8", welded carbon steel, with Gould circulating pump and 5 HP motor |
| 1 | Mud Pump, Gardner-Denver Triplex, PE-5, with 100 HP motor |
| 1 | Mud Hopper |
| 1 | Mud Shaker Screen, Medearis Model E, 3 HP motor, 24" X 48", 2 deck |
| 1 | 20" Riser System (in warehouse) |
| 1 | Crane, Unit Model 500, 50 ton capacity, 75' boom |
| 1 | 30" Riser System (in warehouse) |

Production Equipment:

| | |
|---|---|
| 1 | Test Separator (V-1), 36" OD X 15' long, 18 Bbl, welded carbon steel, horizontal, 125 psi working pressure, 3 phase separation, gas meter run, oil and water meters, mounted above common separator manufactured by BS&B. SN #30-TEX-54834-10 |
| 1 | Common Separator (V-2), 60" OD X 15' long, 52 Bbl, 185 psi working pressure, 2 phase separation, horizontal, 6" gas meter oil and water meters, manufactured by BS&B, SN #30-TEX-34834-29 |
| 1 | Gas Scrubber (V-3), Vertical, 36" OD X 14'2", 17 Bbl, 125 psi working pressure, 2 Phase welded carbon steel, CB Southern, Inc. Gas DehydratorUnit, 3240 mcf/day, 2000 psi working pressure, complete with 14"X 5" inlet scrubber, stainless steel; 14" X 13'5" absorber glycol_ tower, 20" X 6' glycol accumulator and 20" X 8'5" 120,000 BTU/HR waste heat recovery unit run off turbine exhaust; Manufactured by CB Southern, Inc. |
| 2 | Glycol Pumps, duplex pump with 2 HP electrical motor. Union Pump Co., Model DX-5 |
| 1 | Filter, 6" X 2'4", Peco #55-1-336 |

| | |
|---|---|
| 1 | Drain Tank, 12' X 6' X 12', 153 Bbl, atmospheric pressure, welded carbon steel plate• |
| 1 | Diesel Fuel Tank, 12' X 6' X 12', 95 Bbl, atmospheric pressure, welded carbon steel plate |
| 1 | Salt Water Tank, 6' X 6' X 12', 77 Bbl, atmospheric working pressure, welded carbon steel plate, for fire and source water |
| 1 | Blow Case Tank (beneath cat walk) 20" dia. X 19' horizontal vessel, 7 Bbls, welded carbon steel |
| 2 | Air Receiver Tanks, 30" X 7'8" long, 250 psi working pressure, horizontal vessel, welded carbon steel |
| 1 | Flare Stack Scrubber, 100 psi, 24" OD X 5' horizontal vessel, stainless steel |
| 2 | Flare Line Gas Scrubber, 2' X 5' horizontal, 150 psi, with 6" Varec flame arrestor, Fig. #3D-12 |
| 1 | Flare Boom, 6", with low and high pressure flare stack |
| 1 | Salt Water Washdown Pump, Garmon Pump, 2" X 2" centrifugal, Model,#82H2-B with 15 HP motor |
| 1 | Water Maker, Triton Model PW-100, 40 Gals/Hr, distillation type |
| 2 | Shipping Pumps, DeLaval, mono-screw type pump, series =8L-400P, 14" X 48" barrel with filter and 75 HP motor; Rockwell-700, screen |
| 2 | Fresh Water Reservoirs, 32" X 16' long, 500 Gal. capacity each, 50 psi working pressure, horizontal welded carbon steel, mounted on ceiling |
| 1 | Gas Lift Injection Compressor, Cooper-Bessemer, FM-3, SN --#47188, 3 stage 13½", 700 psi; 7¼", 1200 psi; 4½", 3500 psi maxi:; working pressure X 10½" stroke; pancake-type horizontal valves: rpm, with General Electric, 600 HP, 3 phase, 480 volt induction 6' fly wheel complete with: |
| 1 | First Stage Suction Drum, 18" X 7' stainless steel, 230 psi. 70°F |
| 1. | Second Stage Suction Drum, 14" X 6" stainless steel, 500 psi, 120°F |
| 1 | Third Stage Suction Drum, 12" X 5' stainless steel, 1000 psi, 120°F |
| 1 | First Stage Discharge, 14" X 6" stainless steel, 500 psi, 500°F |
| 1 | Second Stage Discharge, 12" X 6' stainless steel, 1000 psi, 650°F Third Stage, 12" X 5' stainless steel, 3500 psi, 350°F |

3

DOCS_SF:65018.2

| | |
|---|---|
| 1 | First Interstage Scrubber, 16" X 5' stainless steel, 500 psi, 120°F |
| 1 | Second Interstage Scrubber, 14" X 5' stainless steel, 1000 psi, 120°F |
| 1 | Cylinder Water Tank, 16" X 9' stainless steel |
| 1 | Marlow Glycol Circulating Pump,. 1½ HP |
| 1 | Air Exchanger, Model 6-OH (1 fan) 7.5 HP |
| 2 | Air Compressor, Quincy Model 390, 15 HP belt drive |
| 1 | Quincy Model 390 Air Compressor, with 4 cylinder Lister dies=1 engine, 12 HP |
| 1 | Quincy Model 390 Air Compressor, with 50 HP motor |
| 2 | Air Receivers, 30" dia. X 7'6", horizontal vessel, 250 psi working pressure, welded carbon steel |
| 1 | $CO_2$ Fire Protection System for turbine room, 7 bottles, Cardox |
| 2 | Ansul Fire Extinguishing System, 1000i System, enclosed in 10' X 8/9' CGI building, explosion proof lights |
| 2 | Solar Gas Turbine Generator Sets, Model 10215-15A, SN #409628 & 5409629, 750 KW, 1100 amps, generator each, 1200 HP gas turbine |
| 1 | Onan Emergency Generator, 15 KW with Wisconsin engine, 1 cylinder, propane (not in service) |
| 1 | Emergency Generator, 100 KW, Stewart & Stevenson, control panel, Model 4GD-100 Delco AC General Model 3522288 driven by G.M. 4 cyc. diesel, mounted on skids |
| 3 | Transformers, General Electric, 680 X 2400 volt, enclosed in metal structure house, 20' long X 10' deep X 3' high (not in service) |
| 1 | Miller Welder, 60/30 amp., 230/460 volt, Model 3RH333 |
| 1 | Diesel Tank, 500 gallons, 48" X 7', welded carbon steel, flat heads, welded carbon steel |
| 4 | Cathodic Protection Units, R10, model ACB, 230/460 VAC X 40 volt DL, 400 Amp |
| 1 | Salt Water Pump, Johnson, 6" vertical shaft with 75 HP motor, used for fire pump, automated to deliver 375 GPM to sectionalized fog nozzle system |
| 1 | Fire Water pump, Gould Model 43655, 40 HP |

| | |
|---|---|
| 2 | Meter Run, 3", Daniel Orifice with totalizer, (turbine fuel & sales gas) Double Acting Chemical Injection Pumps, Tex-steam, 1/2 HP motor with 1 reservoir, 24" X 42' X 30" |
| 1 | Chemical Injection Pump, Tex-steam, double act rig 1/2 HPmotor with chemical reservoir, 28" X 28" X 3' welded carbon steel plate |
| 1 | Fresh Water Reservoir, 4' X 4' X- 8', 1200 Gal. welded carbon steel plate, vertical |
| 1 | Salt Water Supply Pump, 15 HP driving Johnson, 6" vertical, shaft pump Production Surge Tank (2B), 6' X 6'6", 33 Bbls, 125 psi working pressure, vertical vessel, stainless steel, KOBE |
| 1 | Glycol Heat Surge Tank, 318 Gals., 150 psi working pressure, vertical welded carbon steel |
| 1 | Chemical Reservoir, 1300 Gal. capacity, welded carbon steel plate, atmospheric pressure |
| 1 | Gas Heater Treater, DW 40-21797, SN #T-7318201-01, 250 M BTU/HP, 3000 psi, 205 MM CF/D, with 2000 psi Free Water Knockout, skid mounted, C.E. Matco, enclosed in 10' X 16' CGI building |
| 1 | Instrument Air Dryer, Kemp-Oriad, Model #50EA-7, 250 psi, regeneration type |
| 3 | Pig Launchers, 6", 5000 psi working pressure |
| 1 | Alarm and PA System |
| 4 | Gas Monitor System, General Monitor Model 610, dial readout |
| 1 | Standby Shipping Pump, 3' X 2" centrifugal, Gould, Model·#3316, 75 HP motor |
| 1 | Transfer Pump, Roper Series F, 5 HP motor |
| 2 | Transfer Pumps, Roper Series A, 5 HP motor |
| 1 | Survival Capsule, Model CA-1401 14 man, self propelled, C/W survival gear |
| 2 | Life Rafts, BE Goodrich, Model MK 3A, Type MM inflatable, 12 man |
| 9 | Survival suits, Imperial Penguin |
| 2 | Radio, FM, GE Serial #8140570, desk model |

| | |
|---|---|
| 1 | Radio. single, side hand, Model SB-6FB, RF Communications Inc. Radio, aircraft, Comco 730 |

Buildings:

| | |
|---|---|
| 1 | Quarters for S permanent personnel, com<sup>p</sup>lete with kitchen, laundry, dining room, television, and toilet/shower facilities, 110' x 40' Trailer, sleeping and toilet facilities for 8 temporary personnel |
| 1 | Production Foreman Office, 9' X 13", desk, file cabinets, calculator, phone |
| 1 | Shop, complete with grinder, hand tools, spare parts |
| 1 | Production package room for enclosing previously listed production equipment. |
| 1 | Leg Room 2B, 20' X 20', insulated metal |
| 2 | Well rooms to enclose production wells |

Wellheads and Christmas Trees:

- 8 Cameron Iron Works, 20" X 13 5/8 X 11", 3M, casing head with 6M tubing head, hanger and BPV preparation
- 7 Cameron Iron Works Solid-Block Christmas Trees (3" 3M master and swab valves with two 2" 3M wing valves) and 2" 5M Willis chokes

Pipelines:

- 2   6", Sch 120, X Tru coated, oil and gas pipeline to shore
- 1   6", Sch 120, X Tru coated, emergency pipeline to Spark Platform

Miscellaneous:

Miscellaneous Operating Stock located on Platform

Granite Point Shore Facility

Buildings:

    1   Office, Shop and Heater Treater Building (50' X 170'). Office & Shop: Concrete foundation, structural steel frame, explosion proof lights and fluorescent lighting, walls insulated with fiberglass. Heater Treater section same except dirt floor.

    Office: 16' eave, 50' X 40' Shop: 50' X 60'

    Heater Treater Section: 50' X    70'

1    Garage, shed type, open front, wood frame and dirt floor, 8' high, 8' wide X 42' long

Tank Battery:

1    Storage Tanks, steel, 5000 barrel capacity

Production Building:

1    Free Water Knockout & Flow Splitter, C.E. Matco, 10' OD X 50 psi Working pressure with 3 distribution departments, horizontal vessel enclosed in heater treater building

2    Air Compressors, Gardner-Denver, with 3 HP electric motors with 18" X 4' tank and equipment, skid mounted

1    Waukesha Gas/Electric Generator, 100 KY, 125 KVA with Waukesha gas engine, F-817-G (standby)

1    Switch Board Equipment, 3 row G.E., 10 compartments with lighting and control and 1 charge pump panel for above generator

1    Recycling Rotary Pump, 2 1/2" Vicking, with 3 HP electric motor (not in service)

2    Rotary Shipping Pumps, 6" Vicking, with -15 HP electric motors (not in service

2    Meter Runs, 6", Daniel

1    Meter Run, 2", Daniel

1    Meter Pun, 3", Daniel

1    Transformer, 25 KVA

1    Transformer, 75 KVA

(b)    All right, title and interest of Debtors in that certain North Trading Bay Unit Operating Agreement; that certain North Trading Bay Unit Agreement; that certain Letter Agreement Between Union Oil Company of California and Marathon Oil Company, dated July 26, 1988, effective March 31, 1988; and that certain Assignment and Bill of Sale between Union Oil Company of California and Forcenergy, Inc., dated December 22, 1998.[1]

---

[1] The Debtors reserve all rights to argue that the foregoing agreements are not executory contracts or that the Debtors do not have any obligations under such agreements.