IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC ENERGY RESOURCES LTD., *et al.*,[1] | ) | Case No. 09-10785 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 289** |

## ORDER APPROVING KEY EMPLOYEE INCENTIVE PLAN AND AUTHORIZING PAYMENTS THEREUNDER

This matter came before the Court on the *Debtors' Motion for an Order Approving Key Employee Incentive Plan and Authorizing Payments Thereunder* (the "Motion"), filed by the above-captioned debtors and debtors in possession (the "Debtors"). The Court having reviewed the Motion, finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue of this chapter 11 case in this district is proper pursuant to 28 U.S.C. §§1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtor, its estate, creditors, and other parties in interest;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Pacific Energy Resources Ltd. (3442); Petrocal Acquisition Corp. (6249); Pacific Energy Alaska Holdings LLC (tax I.D. # not available); Cameros Acquisition Corp. (5866); Pacific Energy Alaska Operating LLC (7021); San Pedro Bay Pipeline Company (1234); Cameros Energy, Inc. (9487); and Gotland Oil, Inc. (5463). The address for all of the Debtors is 111 W. Ocean Boulevard, Suite 1240, Long Beach, CA.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED and the Incentive Plan is APPROVED as modified herein.

2. The Debtors are authorized to implement the Incentive Plan set forth in the Motion and modified herein.

3. The respective bonuses payable to Participating Employees in (a) Group 1 of the Incentive Plan are earned by each such Participating Employee upon the receipt by debtor Pacific Energy Resources, Ltd. of a *bona fide* third party offer for the Beta Assets that meets or exceeds the target amounts set forth under Metric 1a of the Incentive Plan and/or, as applicable, the royalty reduction targets set forth under Metric 1b; and (b) Group 2 of the Incentive Plan are earned by each such Participating Employee upon the receipt by debtor Pacific Energy Alaska Operating LLC of a *bona fide* third party offer for the Alaska Assets that meets or exceeds the target amounts set forth under Metric 2 of the Incentive Plan. Bonuses are payable to the Participating Employees in Groups 1 and 2 in accordance with paragraph 5 below only upon the applicable closing of the sale of the applicable assets or confirmation of a plan in the relevant case. The Participating Employee's bonus, if any, becomes unearned (i) at the time of voluntary separation by the Participating Employee from employment with the Debtors or (ii) upon termination of employment for cause by one or more of the Debtors.

4. The respective bonuses payable to Participating Employees in Groups 3 and 4 of the Incentive Plan are payable to the Participating Employees in each such group in accordance with paragraph 5 below only upon the later of (a) final reconciliation and verification of performance against the applicable milestones; or (b) the September 11, 2009 payroll. The Participating Employee's bonus, if any, becomes unearned (i) at the time of voluntary separation by the Participating Employee from employment with the Debtors or (ii) upon termination of employment for cause by one or more of the Debtors.

5. If the Participating Employees meet their respective performance goals, as set forth in the Incentive Plan, then the Debtors are authorized to pay the respective performance bonuses of Participating Employees pursuant to the terms of the Incentive Plan, as set forth in the Motion and this Order, to Participating Employees whom (a) are employees of one or more of the Debtors at the date and time of the applicable payment as set forth in this Order (the "Payment Date") or (b) were terminated by the Debtors without cause prior to the Payment Date.

6. This Court shall retain jurisdiction over all matters set forth in the Motion and this Order, including the entitlement of any party to any payment pursuant to the Incentive Plan.

Dated: June 3, 2009

The Honorable Kevin J. Carey
United States Bankruptcy Judge