# **Exhibit A**

**Exhibit A to *Alternative* Motion of Pacific Energy Alaska Operating LLC for an Order Authorizing Abandonment of Interests in Oil and Gas Properties at Trading Bay, Alaska and Rejection of Executory Contracts Relating Thereto**

**TRADING BAY UNIT**

Union        53.2%
PEAO        46.8%

**Interests**:

[Unitized portions only as described herein; Motion does not intend abandonment of any acreage not unitized in the Trading Bay Unit and not described below]

| State of Alaska ADL 18730 | Union Oil Company of California and The Ohio Oil Company | 10/1/1962 | Trading Bay Unit, Tract 11<br><br>T. 9 N., R. 13 W., Seward Meridian, Alaska<br><br>Segment A: As to a 46.80000% working interest in 2,800.00 acres, more or less, and described as follows:<br><br>Section 26: W1/2<br>Section 27: All;<br>Section 28: All;<br>Section 33: All;<br>Section 34: All;<br><br>Pertains to land below 10,600 feet, below the Grayling Gas Sands.<br><br>Segment B: As to a 50.00000% working interest in 1,120.00 acres, more or less, and described as follows:<br><br>Section 26: W2, 320.00 acres;<br>Section 27: E2, 320.00 acres;<br>Section 34: E2, SW4, 480.00 acres; |

| | | | |
|---|---|---|---|
| | | | Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.<br><br>Segment 2: As to a 46.80000% working interest in 1,120.00 acres, more or less, and described as follows:<br><br>Section 26: W2, 320.00 acres;<br>Section 27: E2, 320.00 acres;<br>Section 34: E2, SW4, 480.00 acres;<br><br>Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.<br><br>Segment 3: As to a 50.00000% working interest in 960.00 acres, more or less, and described as follows:<br><br>Section 26: E2, 320.00 acres;<br>Section 35: All, 6640.00 acres.<br><br>Pertains to all depths. |
| State of Alaska ADL 18772 | The Atlantic Refining Company | 9/1/1962 | Trading Bay Unit, Tract 14<br><br>T. 9 N., R. 13 W., Seward Meridian, Alaska<br><br>Segment 2: As to 1,600 acres, more or less, and described as follows:<br><br>Section 15: All;<br>Section 22: All;<br>Section 23: W1/2<br><br>Pertaining to land from the surface to the top of the Grayling |

| | | | |
|---|---|---|---|
| | | | Gas Sands.<br><br>Segment B: As to 1,600.00 acres, more or less, and described as follows:<br><br>Section 15: All;<br>Section 22: All;<br>Section 23: W1/2<br><br>Pertaining to land below the Grayling Gas Sands |
| State of Alaska<br>ADL 18729 | Union Oil Company of California and The Ohio Oil Company | 10/1/1962 | Trading Bay Unit, Tract 10<br><br>T. 8 N., R. 13 W., Seward Meridian, Alaska<br><br>Segment 2: As to a 46.80000% working interest in 1,3650.00 acres, more or less, and described as follows:<br><br>Section 7: W2, SE4, 442.00 acres;<br>Section 8: S2, 320.00 acres;<br>Section 18: All, 603.00 acres;<br><br>Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 Well or its stratigraphic equivalent.<br><br>Segment A: As to a 46.80000% working interest in 3,085.00 acres, more or less, and described as follows:<br><br>Section 5: All;<br>Section 6: All;<br>Section 7: All;<br>Section 8: All;<br>Section 18: All;<br><br>Pertains to land below 10,600 feet, below the Grayling Gas |

| | | | |
|---|---|---|---|
| | | | Sands.<br><br>Segment B: As to a 50.00000% working interest in 1,365.00 acres, more or less, and described as follows:<br><br>Section 7: W2, SE4 442.00 acres;<br>Section 8: S2, 320.00 acres;<br>Section 18: All, 603.00 acres;<br><br>Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. |
| State of Alaska ADL 18777 | The Atlantic Refining Company | 9/1/1962 | Trading Bay Unit, Tract 17<br><br>T. 9 N., R. 13 W., Seward Meridian, Alaska<br><br>Segment 1: As to a 50.00000% working interest in 1,106.00 acres, more or less, and described as follows:<br><br>Section 7: SE4, 632.00 acres;<br>Section 18: N2, SW4, 474.00 acres;<br><br>Pertains to all depths.<br><br>Segment 2: As to a 46.80000% working interest in 796.00 acres, more or less, and described as follows:<br><br>Section 18: SE4, 160.00 acres;<br>Section 19: All, 636.00 acres;<br><br>Pertains to all land from the surface to the top of the Grayling Gas Sands or to a depth of |

| | | | |
|---|---|---|---|
| | | | 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.<br><br>Segment A: As to a 50.00000% working interest in 796.00 acres, more or less, and described as follows:<br><br>Section 18: SE4, 160.00 acres:<br>Section 19: All, 636.00 acres;<br><br>Pertaining to the Grayling Gas Sands defined as the interval in the Trading Bay Unit K-2 Well between the measured depths of 1,780 feet and 10,128 feet or its stratigraphic equivalent.<br><br>Segment B: As to a 46.800000% working interest in 796.00 acres, more or less, and described as follows:<br><br>Section 18: SE4, 160.00 acres:<br>Section 19: All, 636.00 acres;<br><br>Pertaining to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. |
| State of Alaska ADL 17594 | Union Oil Company of California and The Ohio Oil Company | 3/1/1962 | Trading Bay Unit, Tract 3<br><br>T. 9 N., R. 13 W., Seward Meridian, Alaska<br><br>Segment 1: As to a 46.80000% working interest in 2,396.00 acres, more or less, and described as follows:<br><br>Section 16: W2, NE4, 480.00 acres;<br>Section 17: S2, NE4, 480.00 |

| | | | |
|---|---|---|---|
| | | | acres;<br>Section 20: W2, NE4 480.00 acres;<br>Section 30: All, 637.00 acres;<br>Section 31: W2, 319.00 acres;<br><br>Pertains to land within the Trading Bay Unit Tract 3 and from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.<br><br>Segment 3: As to a 50.00000% working interest in 160.00 acres, more or less, and described as follows:<br><br>Section 17: NW4, 160.00 acres;<br><br>Pertains to all depths.<br><br>Segment A: As to a 46.80000% working interest in 4,956.00 acres, more or less, and described as follows:<br><br>Section 16: All;<br>Section 17: S1/2, NE ¼;<br>Section 20: All;<br>Section 21: All;<br>Section 29: All;<br>Section 30: All;<br>Section 31: All;<br>Section 32: All;<br><br>Pertains to land below 10,600 feet, below the Grayling Gas Sands.<br><br>Segment B: As to a 50.00000% working interest in 2,396.00 acres, more or less, and as described as follows:<br><br>Section 16: W2, NE4, 480.00 |

| | | | |
|---|---|---|---|
| | | | acres;<br>Section 17: S2, NE4, 480.00 acres;<br>Section 20: W2, NE4, 480.00 acres;<br>Section 30: All 637.00 acres;<br>Section 31: W2 319.00 acres;<br><br>Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.<br><br>Contains 2,396 acres, more or less. |
| State of Alaska<br>ADL 17579 | Pan American Petroleum | 2/1/1962 | Trading Bay Unit, Tract 2<br><br>T. 8 N., R. 13 W., Seward Meridian, Alaska<br><br>Segment 1: As to 2,240.00 acres, more or less, and described as follows:<br><br>Section 4: All;<br>Section 9: W1/2;<br>Section 16: NW1/4;<br>Section 17: All;<br>Section 20: N1/2, SW1/4;<br><br>Pertains to land from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.<br><br>Segment B: As to 2,240 acres, more or less, and described as follows:<br><br>Section 4: All;<br>Section 9: W1/2;<br>Section 16: NW1/4; |

Case 09-10785-KJC    Doc 455-2    Filed 06/16/09    Page 9 of 17

| | | | |
|---|---|---|---|
| | | | Section 17: All; <br> Section 20: N1/2, SW1/4; <br><br> Pertains to land below the Grayling Gas Sands, or 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. |
| State of Alaska ADL 21068 | Arco | 7/1/1963 | Trading Bay Unit, Tract 18 <br><br> T. 9 R. 14 W., Seward Meridian, Alaska <br><br> Section 24: SE4 160.00 acres; <br><br> Segment 1: <br><br> Pertains to land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. <br><br> Segment B: <br><br> Section 24: SE4 160.00 acres; <br><br> Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the trading Bay Unit K-2 well or its stratigraphic equivalent. |
| State of Alaska ADL 18716 | Lloyd Powers | 9/1/1962 | Trading Bay Unit, Tract 9 <br><br> T. 8 N., R. 13 W., Seward Meridian, Alaska <br><br> Section 19: N2, SE4 462.50 acres; <br><br> Segment 3: <br><br> Pertaining to land from the surface to a depth of 1,780 feet |

|  |  |  |  |
|---|---|---|---|
|  |  |  | MD or its stratigraphic equivalent in the Trading Bay Unit K-2 well.<br><br>Segment C:<br><br>Pertaining to land below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. |
| State of Alaska ADL 17602 | Pan American Petroleum Corp. | 2/1/1962 | Trading Bay Unit, Tract 6<br><br>T. 8 N., R. 14 W., Seward Meridian, Alaska<br><br>Segment 1: As to a 70.00000% working interest in 1,280.00 acres, more or less, and described as follows:<br><br>Section 2: All, 640.00 acres;<br>Section 11: All, 640.00 acres;<br><br>Pertains to all depths.<br><br>Segment 3: As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:<br><br>Section 1: E2, 320.00 acres, Section 12: E2, 320.00 acres;<br><br>Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.<br><br>Segment B: As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:<br><br>Section 1: E2, 320.00 acres; Section 12: E2, 320.00 acres; |

| | | | |
|---|---|---|---|
| | | | Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent. |
| State of Alaska ADL 18731 | Union Oil Company of California and The Ohio Oil Company | 10/1/1962 | Trading Bay Unit, Tract 12<br><br>T. 9 N., R. 13 W., Seward Meridian, Alaska<br><br>Segment 1: As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:<br><br>Section 3: All, 640.00 acres;<br>Section 4: All; 640.00 acres<br>Section 5: All; 640.00 acres<br>Section 8: All; 640.00 acres<br>Section 9: All; 640.00 acres<br>Section 10: All, 640.00 acres<br><br>Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.<br><br>Segment A: As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:<br><br>Section 3: All, 640.00 acres;<br>Section 4: All; 640.00 acres<br>Section 5: All; 640.00 acres<br>Section 8: All; 640.00 acres<br>Section 9: All; 640.00 acres<br>Section 10: All, 640.00 acres<br><br>Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. |

| | | | |
|---|---|---|---|
| | | | Segment B: As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:<br><br>Section 3: All, 640.00 acres;<br>Section 4: All; 640.00 acres<br>Section 5: All; 640.00 acres<br>Section 8: All; 640.00 acres<br>Section 9: All; 640.00 acres<br>Section 10: All, 640.00 acres<br><br>Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. |
| State of Alaska ADL 18758 | Shell Oil Company | 9/1/1962 | Trading Bay Unit, Tract 13<br><br>T. 9 N., R. 14 W., Seward Meridian, Alaska<br><br>Segment 1: As to a 70.00000% working interest in 400.00 acres, more or less, and described as follows:<br><br>Section 35: SE4SE4, 40.00 acres;<br>Section 36: S2, SE4NW4, 360.00 acres<br><br>Pertains to all depths.<br><br>Segment 3: As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:<br><br>Section 25: E2, 320.00 acres;<br>Section 36: NE4, 160.00 acres;<br><br>Pertains to land from the surface down to the top of the Grayling |

|  |  |  | Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.<br><br>Segment B: As to a 46.80000% working interest in 640.00 acres, more or less, as described as follows:<br><br>Section 25: E2, 320.00 acres;<br>Section 36: NE4, 160.00 acres;<br><br>Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent. |
|--|--|--|--|

**Infrastructure and facilities:**

    4 platforms with 5 drilling rigs
    8,685 net acres.

Wells: 28 total

Dolly Varden Platform

D-6RD
D-7RD2
D-11
D-17RD
D-20
0-34AH
D-41
0-42
D-48

Grayling Platform

G-2RD
G-3RD2
G-8RD-S
G-8RD-L
G-11
G-15RD
G-21RD
G-24
G-25
G-27
G-32
G-33-S

King Salmon Platform

K-2RD
K-3RD
K-6RD
K-9

Steelhead Platform

M-25
M-27
M-30

**TRADING BAY FIELD**

PEAO has an interest in 1,797 net acres developed (46.8% WI). The producing wells and monopod platform are operated by Union.

**Lease:**

ADL-18731 (the non-unitized part)

**Platform:**

1 monopod platform with drilling rig
17 producing wells

Trading Bay Field Monopod Platform  PERL Platform WI = 46.8%

**Wells**

A-1RD
A-2
A-3
A-4
A-6
A-7
A-8
A-9RD
A-10
A-11
A-13
A-14
A-15RD2
A-16RD
A-17RD
A-18A-19
A-20RD
A-21
A-22
A-23
A-24RD
A-25
A-27RD1
A-28RD
A-29
A-30
A-32

**RIGHTS-OF-WAY and SURFACE LEASES**

State of Alaska ADL 56013 ROW
State of Alaska ADL 40360 ROW
State of Alaska ADL 56013 ROW

## MATERIAL CONTRACTS

1. Forcenergy-Union Oil Amended and Restated Exploration Agreement, Cook Inlet, Alaska, dated November 1, 1999.

2. Conformed Version of the Unit Operating Agreement Trading Bay Unit Cook Inlet, Alaska Incorporating The First Through Eighth Amendments and the First Through Third Supplemental Agreements, dated 2/27/67.

3. Fuel Gas Supply Agreement, dated November 25, 2002, between Union Oil Company of California and Forest Oil Corporation.

4. Trading Bay Field Joint Operating Agreement, dated June 12, 1996, between Union Oil Company of California and Marathon Oil Company.