# EXHIBIT A





ZOLFO COOPER

PACIFIC ENERGY



# Alaska Operated Asset Abandonment Transition Overview

August 2009

Confidential





PACIFIC ENERGY

# Table of Contents

| Section | Page |
|---|---|
| Overview of Facilities | 4 |
| Pacific Energy Alaska Operating, LLC Operated and Non-Operated Assets | 5 |
| Schedule of Lessors and Land Owners | 6 |
| Map of Cook Inlet Region Operated Assets | 7 |
| West McArthur River Unit | 8 |
| West Foreland | 9 |
| Redoubt | 10 |
| Kustatan | 11 |
| Pipeline Matrix | 12 |
| Abandonment Preparation | 13 |
| Abandonment Preparation | 14 |
| Transition Alternatives | 16 |
| Transition Alternatives | 17 |

ZOLFO COOPER

2



e PACIFIC ENERGY

# Table of Contents (Continued)

| Section | Page |
| --- | --- |
| Appendices | |
| Operated Asset Organizational Overview | 19 |
| Operated Asset Financial Overview | 20 |
| Year-To-Date June 2009 (Monthly) | 21 |
| Cost Comparisons by Property | 22 |
| Warm Shut-In Scenario Estimated Monthly Costs | 23 |
| Minimal Spend Scenario Estimated Monthly Costs | 28 |
| Schedule of Oil & Gas Leases | 29 |
| | 30 |



Z ZOLFO COOPER

3



PACIFIC ENERGY



# OVERVIEW OF FACILITIES



ZOLFO COOPER

4


PACIFIC ENERGY

# Pacific Energy Alaska Operating, LLC
# Operated and Non-Operated Assets

Pacific Energy Alaska Operating, LLC



## Operated Assets

➢ Pacific Energy owns 100.0% of the working interests and is the current operator of:
- o West McArthur River Unit
- o West Foreland
- o Redoubt
- o Kustatan
- o Middle Lake
- o Mosquito Station
- o Various Undeveloped Leases

## Non-Operated Assets

➢ Pacific Energy owns a minority working interest in, and:
- o Chevron is the current operator of TBU/TBF
- o Aurora is the current operator of Three Mile Creek
- o Marathon is the current operator of Spurr
- o Chevron is the current operator of Cook Inlet Pipeline ("CIPL")

ZOLFO COOPER

 PACIFIC ENERGY

# Schedule of Lessors and Land Owners

The following table presents a summary of the various counterparties involved in each property.

| Property | Current Operator | Lessor/Land Owner to Each Property |
|---|---|---|
| WMRU | Pacific | State of Alaska (Department of Natural Resources), Bureau of Indian Affairs, Cook Inlet Region, Inc. and Salamatof Native Association |
| West Foreland | Pacific | U.S. Department of the Interior (Bureau of Land Management), Bureau of Indian Affairs, Cook Inlet Region, Inc. and Salamatof Native Association |
| Redoubt[1] | Pacific | State of Alaska (Department of Natural Resources) |
| Kustatan[2] | Pacific | Pacific owned land, State of Alaska (Department of Natural Resources) and Kenai Peninsula Borough |
| Middle Lake | Pacific | State of Alaska (Mental Health Trust Land Office) |
| Mosquito Station | Pacific | Bureau of Indian Affairs |
| Onshore Pipelines | Pacific | Bureau of Indian Affairs, Salamatof Native Association, Inc. & Cook Inlet Region, Inc. |

The land owners above (other than Pacific Energy Operating Alaska, LLC as Debtor in Possession owner of Kustatan) will be financially responsible and fund all future costs for their respective assets going forward.

1 Redoubt as presented above and discussed throughout this presentation is intended to represent the Osprey platform and all related off shore pipelines.
2 The State of Alaska (Department of Natural Resources) is the lessor of a Pacific operated gas well at Kustatan.

Z ZOLFO COOPER



6

# Map of Cook Inlet Region Operated Assets





PACIFIC ENERGY

# West McArthur River Unit



West McArthur River Unit ("WMRU") is an onshore oil production facility.

ZOLFO COOPER

8

PACIFIC ENERGY

# West Foreland



West Foreland is an onshore gas production facility.

ZOLFO COOPER



PACIFIC ENERGY

# Redoubt

Osprey platform in the Redoubt unit.



ZOLFO COOPER

10

PACIFIC ENERGY

## Kustatan



Kustatan Gas Well

Kustatan is an onshore processing facility with one gas well.

ZC ZOLFO COOPER

PACIFIC ENERGY

# Pipeline Matrix





PACIFIC ENERGY

# ABANDONMENT PREPARATION



ZOLFO COOPER



**PACIFIC ENERGY**

# Abandonment Preparation

## Overview

Pacific is preparing the operated assets for abandonment. It is Pacific's intent to shut-in the assets and abandon them in a condition that will not pose any imminent harm to the environment.

The actions being take by Pacific for the operated properties primarily include flushing, pigging, freeze and corrosion protecting the majority of its pipelines to prevent these pipes from bursting during the winter months. Additionally, at the Osprey platform, some work is being done to install an independent power supply capable of operating navigation lights, making the platform visible at night and during the winter months.

## Pipeline Abandonment Preparation

Pipelines are being evacuated and treated in order to prevent fluids from freezing and corroding, which would increase the risk that pipes could rupture. Since a full evacuation of all liquids in the pipelines is not practical, the Company is doing the following:

- Adding stabilizing chemical agents into the onshore crude oil pipelines that will aid in keeping the crude oil from setting up and becoming solid, thus making the pipelines unusable. There will also be other chemical agents such as corrosion inhibitor added to defend against internal corrosion and effectively preserve the integrity of the pipelines reducing the risk of a crude oil spill.

- Pigging offshore crude oil pipelines of crude and replacing the crude with produced water. The pipelines will be left in a similar condition to those discussed above, with the exception of not needing stabilizing chemical agents.

- Adding corrosion inhibitor to the onshore produced water pipelines to defend against internal corrosion and effectively preserve the integrity of the pipelines, reducing the risk of a produced water spill.

- Pigging gas pipelines of free standing liquids to keep any such liquids from freezing.



**ZOLFO COOPER**

**ⓔ PACIFIC ENERGY**

# Abandonment Preparation (Continued)

## Osprey "Light House" Preparation

The Coast Guard will require that systems be maintained at the Osprey platform which include marine navigation lighting around the perimeter of the platform as well as a marine fog horn to alert marine vessels and prevent them from running into the platform.

- In an effort to reduce ongoing operational costs, a small diesel generator is being purchased and placed on the platform to power the above described navigational systems. The new generator and existing electrical switchgear will be configured and isolated from the main system power grid.

- Redoubt has diesel storage tanks with adequate storage where the small generator could operate for several weeks without running out of fuel.

## Well Preparation

Pacific is closing the wellhead valves and pad locking them to the wellhead. Pacific does not intend to place tubing plugs in the wells.

## Tank Preparation

Pacific is shutting production and will ship all oil currently stored in its tanks in a lift to occur at the end of August and with respect to Kustatan, mid-September if required.



**ZC ZOLFO COOPER**

15

PACIFIC ENERGY



# TRANSITION ALTERNATIVES



ZOLFO COOPER



**PACIFIC ENERGY**

# Transition Alternatives

Pacific would like to work constructively with each lessor and land owner to facilitate as smooth a transition as possible. In this regard Pacific has identified the following alternatives.

1. Alternative 1 - The land owners coordinate amongst themselves, take possession of their respective properties and begin operating the properties as their own. In this alternative, Pacific will have no future involvement in the properties.

2. Alternative 2 - The land owners coordinate amongst themselves, hire all of the relevant Pacific personnel, take possession of their respective properties and begin operating the properties as their own. In this scenario, Pacific would have no future involvement in the properties other than to assist in the transition of employees.

   – The land owners may consider hiring a contractor to act on their behalf. The contractor could in-turn hire the relevant employees and operate the properties.

3. Alternative 3 - The land owners enter into a temporary transition services arrangement with Pacific with the intent of transitioning the assets from Pacific over a short, finite period of time. In this scenario, Pacific would provide a short-term infrastructure (employees, back office support, etc.) and work with the land owners to make a speedy transition.

   – Pacific would require that all direct and indirect costs incurred during the transition are paid in advance each month by the land owners.

   – Pacific provides certain services from its California headquarters on behalf of the operated assets. These services include: cash management, insurance, accounting, payroll and benefits administration, royalties calculations and communications and various other services. During the transition period, Pacific will charge a transition services fee (to be negotiated) for providing these services.

   – Pacific will bill all expected operating costs, plus the transition services fee, in advance each month.



**ZOLFO COOPER**

17

 PACIFIC ENERGY

# Transition Alternatives (Continued)

3.  Alternative 3 - The land owners enter into a temporary transition services arrangement... (continued)

    – It is anticipated that prior to entering into a transition services agreement, that Pacific would shut-in, the assets by flushing and cleaning lines, corrosion protecting and freeze protecting pipes, reconfiguring power generation to run off diesel fuel (at Osprey) and shutting off flow valves at the surface of all the wells. The Company will then reduce its field employees from 22 to 2, who would remain to monitor the assets in the field and reduce its Anchorage corporate staff from 5 to 1 full-time and 1 part-time employee to oversee all safety, environmental and other business matters.

    – The two remaining field employees will perform routine visual inspections, however, no work will be performed unless an immediate environmental harm is imminent and needs to be addressed. No power would be generated (other than that necessary to power navigational lights on the Osprey platform), no property taxes will be paid and no insurance will be paid.

    – It is anticipated that these minimal operating costs would total approximately $110,000 each month, excluding any applicable transition services fees to be negotiated amongst the land owners and Pacific.

4.  Alternative 4 - The land owners enter into a temporary transition services arrangement with Pacific similar to scenario 3. In scenario 4 however, the landowners may be willing to fund a higher level of monthly operating costs intended to preserve the assets in a warm shut-in state, keeping the assets in good repair and working order for use by a future operator. Any services beyond what is contemplated in alternative 3, are to be negotiated with respect to price and scope.

 ZOLFO COOPER

18

PACIFIC ENERGY



# APPENDICES



ZOLFO COOPER

# Operated Asset Organizational Overview



PACIFIC ENERGY

**David Hall**
(Alaska Operations General Manager)

**West McArthur**

**Lead Day Operators**
William Chumley
Edward House
Roy Stonecipher, III
Frank Waara

**Operators**
Aaron Burcham
Mark Cochran
Michael Ellington
Robert Smith

**Redoubt**

**Lead Day Operators**
Michael Murray
Douglas Young

**Operators**
Gregory Morey
Mark Siglin

**Kustatan**

**Lead Day Operators**
Jimmy Cartwright
Donald Jones

**Operators**
Randal Dougel
Wayne Elmquist

**Roaming Field Personnel**
Thomas Hall
(Electrician)
Jim Newstead
(Electrician)
Roy Stonecipher, Jr.
(Operator)
Kandal Swedberg
(Operator)
Richard Scritchfield
(Mechanic)

**Corporate Staff**
Jim Arlington
(Land & Gov't Affairs)
Walter Wilcox
(Safety & Environmental)
Renee Varley
(Accounting)
Teresa Rubey
(IT)
Christina Beaty
(Technician)

ZOLFO COOPER

20

# Operated Asset Financial Overview
## All Operated Properties Combined

 PACIFIC ENERGY

The table to the right presents the pro forma combined financial results of the operated assets for FY08 and the six-month period ended June 2009.

- Pro forma FY08 presents the pro forma operating results of the properties at a flat $65.00 per barrel, and

  – Includes the current anticipated cost of the tight-line shipments.

  – Includes the production output of WMRU wells 5 and 6 until December 2008 when these wells failed. Due to liquidity issues, Pacific did not repair these wells (which would have cost approximately $5.0 million to repair).

- The six-month period ended June 2009 assumes a flat price of crude of $65.00 per barrel.

- Due to a lack of continued funding, Pacific intends to shut-in production and transition the operated assets in a safe idled state that does not pose any immediate or imminent harm to the environment.

| Results of Operations ($ in Thousands) | | Pro Forma FY08 | Pro Forma YTD 6/09 |
|---|---|---|---|
| Oil Revenue | | $ 22,660 | $ 4,143 |
| Natural Gas Revenue | | 6,274 | 2,289 |
| Total Revenue | | 28,935 | 6,432 |
| Average price per BOE Produced | | 56.50 | 56.50 |
| Total Direct Cost | | 8,566 | 1,694 |
| Total Lease Operating Expense | | 16,373 | 5,827 |
| General and Administrative | | 2,011 | 796 |
| EBITDA | (a) | 1,985 | (1,885) |
| CAPEX | | (1,482) | - |
| Cash flow | | $ 503 | $ (1,885) |

| EBITDA by Platform ($ in Thousands) | Pro Forma FY08 | Pro Forma YTD 6/09 |
|---|---|---|
| West Mac Arthur | $ 7,108 | $ (222) |
| Redoubt | (1,473) | (483) |
| Kustatan | (3,012) | (1,668) |
| West Foreland | 1,353 | 1,284 |
| G&A | (1,991) | (796) |
| Operated EBITDA | $ 1,985 | $ (1,885) |
| Monthly Cash Flow | $ 42 | $ (157) |

Notes to table:
(a) Results shown above exclude coporate allocations.

ZOLFO COOPER

 21

# Year-To-Date June 2009 (Monthly)
## All Operated Properties Combined

 PACIFIC ENERGY

| (in Thousands) | Pro Forma Jan-09 | Pro Forma Feb-09 | Pro Forma Mar-09 | Pro Forma Apr-09 | Pro Forma May-09 | Pro Forma Jun-09 |
|---|---|---|---|---|---|---|
| **Oil Revenue** | $ 932 | $ 877 | $ 646 | $ 549 | $ 687 | $ 453 |
| **Natural Gas Revenue** | 501 | 364 | 373 | 364 | 364 | 322 |
| Total BOE Produced (@ 6:1) | 25,770 | 22,268 | 18,334 | 16,458 | 18,905 | 13,976 |
| Total BOE Sold (@ 6:1) | 26,960 | 6,745 | 30,000 | 14,039 | 6,748 | 5,965 |
| Oil Adjustment | - | - | - | - | - | - |
| **Total Revenue** | **1,433** | **1,241** | **1,019** | **913** | **1,051** | **775** |
| Average price per BOE Produced | 56.50 | 56.50 | 56.50 | 56.50 | 56.50 | 56.50 |
| Total Direct Cost | 375 | 335 | 270 | 233 | 281 | 200 |
| Operating Expenses | | | | | | |
| Employee | 266 | 235 | 232 | 270 | 213 | 236 |
| Contract Services | (2) | 64 | 78 | 59 | 54 | 59 |
| Power and Facilities | 511 | 385 | 393 | 383 | 383 | 345 |
| Well Repairs and Maintenance | 99 | 20 | 65 | 37 | 105 | 13 |
| Taxes and Insurance | 141 | 146 | 151 | 157 | 163 | 164 |
| Transportation | 73 | 41 | 50 | 43 | 48 | 54 |
| Communications | 3 | 3 | 3 | 3 | 5 | 3 |
| Monitoring and Disposal | 17 | 16 | 5 | 15 | 11 | 9 |
| Total Lease Operating Expense | 1,108 | 910 | 977 | 967 | 983 | 883 |
| General and Administrative | 113 | 112 | 169 | 126 | 108 | 167 |
| **EBITDA** | $ (164) | $ (116) | $ (397) | $ (413) | $ (320) | $ (474) |
| CAPEX | - | - | - | - | - | - |
| **Cash flow** | $ (164) | $ (116) | $ (397) | $ (413) | $ (320) | $ (474) |
| **Cummulative Cash Flow** | $ (164) | $ (280) | $ (677) | $ (1,090) | $ (1,410) | $ (1,885) |

 ZOLFO COOPER



# Cost Comparisons By Property
## All Operated Properties Combined

The table to the right presents a comparison of (i) the Company's current monthly cash burn (on a pro forma basis before shut-in) versus (ii) the the cash burn expected to be incurred in a warm shut-in and (iii) the cash burn expected to be incurred in a minimal spend scenario.

- To effectuate the shut-in, the Company will flush and clean lines, corrosion protect and freeze protect pipes, reconfigure power generation to run off diesel fuel and shut off flow valves at the surface.

- In a warm shut-in, the Company will reduce its field employees from 22 to 4, who would remain to monitor and maintain the assets in a safe idled state and reduce its corporate staff from 5 to 1 full-time and 1 part-time employee to oversee all safety, environmental and other business matters.

- In a minimal spend scenario the Company would operate with two fewer field employees than in a warm shut-in. No maintenance would be performed to preserve the value of the assets for a future operator. Rather, work would only be performed if an immediate environmental harm were imminent that needed to be addressed. No power would be generated (other than that necessary to power navigational lights on the Osprey platform), no property taxes would be paid and no insurance would be paid.

- Refer to the following pages for analysis by property of the estimated costs presented in the table to the right by property.

| All Operated Properties<br>Cost Comparison<br>($ In Thousands) | Pro Forma<br>July 2009<br>Run-Rate (a) | Estimated<br>Warm Shut-in<br>Run-Rate (b) | Estimated<br>Minimal Spend<br>Run-Rate (c) |
|---|---|---|---|
| Oil Revenue | $ 227 | $ - | $ - |
| Price per Barrel | $ 56.50 | $ - | $ - |
| MBBLS | 4.0 | - | - |
| Gas Revenue | 319 | - | - |
| Price per MCF | $ 9.00 | $ - | $ - |
| MMCF | 35.4 | - | - |
| Gross Revenue | 546 | - | - |
| Direct Costs | 126 | - | - |
| Net Revenue | 420 | - | - |
| Lease Operating Costs | | | |
| Employee | 240 | 52 | 30 |
| Power & Facilities | 371 | 92 | 30 |
| Contract Services | 57 | 30 | - |
| Insurance & Taxes | 161 | 134 | - |
| Transportation | 48 | 37 | 8 |
| Well Repair & Maintenance | 52 | - | - |
| Monitoring & Disposal | 12 | 8 | - |
| Communications | 4 | 2 | 2 |
| Total Lease Operating Costs | 944 | 355 | 70 |
| Operating Income (Loss) | (524) | (355) | (70) |
| General and Administrative | 133 | 40 | 40 |
| Transition Services Fee | TBD | TBD | TBD |
| Total | $ (657) | $ (395) | $ (110) |

Notes to table:

(a) This amount represents the pro forma July 2009 results of operations for the operated properties based on actual production levels and lease operating expenses. This amount excludes PERL corporate allocations.

(b) Estimated warm shut-in costs represent the estimated monthly costs to be incurred after shut-in with a level of resources intended to maintain and preserve the current state of the assets.

(c) Estimated minimal spend represents the estimated monthly costs to be incurred after shut-in with a level of resources less than that of the warm shut-in, where resources would only be used to visually inspect the assets on a routine basis to ensure that no leaks or immediate environmental threats are imminent.



**PACIFIC ENERGY**

# Cost Comparisons By Property
## West McArthur River Unit

The table to the right presents a comparison of the West McArthur River Unit's current monthly cash burn (on a pro forma basis before shut-in) versus the alternative scenarios discussed above.

- In a warm shut-in, the Company would reduce its field employees from 10 to 1, who would remain to monitor and maintain the assets in a safe idled state.

  – Contract services would primarily pertain to maintenance intended to preserve the value of the facilities for a future operator.

  – Power generation would be supplied by a diesel generator and primarily used to keep safety monitoring equipment running as well as all of the other lights and equipment that might be necessary in the event of an emergency.

- In a minimal spend scenario, no maintenance would be performed to preserve the value of the assets for a future operator. Rather, work would only be performed if an immediate environmental harm were imminent that needed to be addressed. No power would be generated, no property taxes would be paid and no insurance would be paid.

| West McArthur River Unit Cost Comparison ($ In Thousands) | Pro Forma July 2009 Run-Rate | Estimated Warm Shut-In Run-Rate | Estimated Minimal Spend Run-Rate |
|---|---|---|---|
| **Oil Revenue** | $ 227 | $ - | $ - |
| *Price per Barrel* | $ 56.50 | $ - | $ - |
| *MBBLS* | 4.0 | | |
| Gas Revenue | 14 | - | - |
| *Price per MCF* | $ 9.00 | $ - | $ - |
| *MMCF* | 1.5 | | |
| **Gross Revenue** | 241 | - | - |
| Direct Costs | 79 | - | - |
| Net Revenue | 162 | - | - |
| Lease Operating Costs | | | |
| Employee | 107 | 13 | 8 |
| Power & Facilities | 167 | 32 | - |
| Contract Services | 27 | 17 | - |
| Insurance & Taxes | 32 | 35 | - |
| Transportation | 12 | 15 | 2 |
| Well Repair & Maintenance | 12 | - | - |
| Monitoring & Disposal | 3 | 2 | - |
| Communications | 1 | 1 | 1 |
| Total Lease Operating Costs | 361 | 114 | 11 |
| Operating Income (Loss) | (199) | (114) | (11) |
| General and Administrative | 33 | 10 | 10 |
| Transition Services Fee | TBD | TBD | TBD |
| **Total** | $ (232) | $ (124) | $ (21) |

**Z** ZOLFO COOPER

PACIFIC ENERGY

# Cost Comparisons By Property
## Redoubt

The table to the right presents a comparison of Redoubt's current monthly cash burn (on a pro forma basis before shut-in) versus the alternative scenarios discussed above.

- In a warm shut-in, the Company would reduce its field employees from 4 to 2, who would remain to monitor and maintain the assets in a safe idled state.

  - Contract services would primarily pertain to maintenance intended to preserve the value of the facilities for a future operator.

  - Power generation would be supplied by a diesel generator and primarily used to keep navigational lights running as well as all of the other lights and equipment that might be necessary in the event of an emergency.

- In a minimal spend scenario, no maintenance would be performed to preserve the value of the assets for a future operator. Rather, work would only be performed if an immediate environmental harm were imminent that needed to be addressed. No power would be generated (other than that necessary to power navigational lights), no property taxes would be paid and no insurance would be paid.

| Redoubt Cost Comparison ($ In Thousands) | Pro Forma July 2009 Run-Rate | Estimated Warm Shut-In Run-Rate | Estimated Minimal Spend Run-Rate |
|---|---|---|---|
| **Oil Revenue** | $ - | $ - | $ - |
| *Price per Barrel* | $ 56.50 | $ - | $ - |
| *MBBLS* | - | - | - |
| Gas Revenue | 1 | - | - |
| *Price per MCF* | $ 9.00 | $ - | $ - |
| *MMCF* | 0.1 | - | - |
| **Gross Revenue** | 1 | - | - |
| Direct Costs | - | - | - |
| **Net Revenue** | 1 | - | - |
| Lease Operating Costs | | | |
| Employee | 60 | 13 | 8 |
| Power & Facilities | 33 | 31 | 30 |
| Contract Services | 15 | 8 | - |
| Insurance & Taxes | 75 | 57 | - |
| Transportation | 22 | 14 | 4 |
| Well Repair & Maintenance | 30 | - | - |
| Monitoring & Disposal | - | 2 | - |
| Communications | 1 | 1 | 1 |
| **Total Lease Operating Costs** | 236 | 126 | 43 |
| Operating Income (Loss) | (235) | (126) | (43) |
| General and Administrative | 33 | 10 | 10 |
| Transition Services Fee | TBD | TBD | TBD |
| **Total** | $ (268) | $ (136) | $ (53) |

**ZOLFO COOPER**



# Cost Comparisons By Property
## West Foreland

**PACIFIC ENERGY**

The table to the right presents a comparison of West Foreland's current monthly cash burn (on a pro forma basis before shut-in) versus the alternative scenarios discussed above.

- In a warm shut-in, power generation would be supplied by a diesel generator and primarily used to keep safety monitoring equipment running as well as all of the other lights and equipment that might be necessary in the event of an emergency.

- In a minimal spend scenario, no maintenance would be performed to preserve the value of the assets for a future operator. Rather, work would only be performed if an immediate environmental harm were imminent that needed to be addressed. No power would be generated, no property taxes would be paid and no insurance would be paid.

| West Foreland Cost Comparison ($ In Thousands) | Pro Forma July 2009 Run-Rate | Estimated Warm Shut-In Run-Rate | Estimated Minimal Spend Run-Rate |
|---|---|---|---|
| **Oil Revenue** | $  - | $  - | $  - |
| *Price per Barrel* | - | - | - |
| *MBBLS* | - | - | - |
| Gas Revenue | 300 | - | - |
| *Price per MCF* | $ 9.00 | $  - | $  - |
| *MMCF* | 33.3 | - | - |
| **Gross Revenue** | 300 | - | - |
| Direct Costs | 46 | - | - |
| Net Revenue | 254 | - | - |
| Lease Operating Costs | | | |
| Employee | 9 | 13 | 7 |
| Power & Facilities | 6 | 14 | - |
| Contract Services | 4 | 3 | - |
| Insurance & Taxes | 39 | 31 | - |
| Transportation | - | 1 | 1 |
| Well Repair & Maintenance | 5 | - | - |
| Monitoring & Disposal | 7 | 2 | - |
| Communications | - | - | - |
| Total Lease Operating Costs | 70 | 64 | 8 |
| Operating Income (Loss) | 184 | (64) | (8) |
| General and Administrative | 33 | 10 | 10 |
| Transition Services Fee | TBD | TBD | TBD |
| **Total** | $ 150 | $ (74) | $ (18) |

**ZOLFO COOPER**

26

# Cost Comparisons By Property

## Kustatan



**PACIFIC ENERGY**

The table to the right presents a comparison of Kustatan's current monthly cash burn (on a pro forma basis before shut-in) versus the alternative scenarios discussed above.

- In a warm shut-in, the Company would reduce its field employees from 7 to 1, who would remain to monitor and maintain the assets in a safe idled state.

  – Power generation would be supplied by a diesel generator and primarily used to keep safety monitoring equipment running as well as all of the other lights and equipment that might be necessary in the event of an emergency.

- In a minimal spend scenario, no maintenance would be performed to preserve the value of the assets for a future operator. Rather, work would only be performed if an immediate environmental harm were imminent that needed to be addressed. No power would be generated, no property taxes would be paid and no insurance would be paid.

| Kustatan Cost Comparison ($ In Thousands) | Pro Forma July 2009 Run-Rate | Estimated Warm Shut-In Run-Rate | Estimated Minimal Spend Run-Rate |
|---|---|---|---|
| **Oil Revenue** | $  - | $  - | $  - |
| *Price per Barrel* | $  - | $  - | $  - |
| *MBBLS* | - | - | - |
| Gas Revenue | 4 | - | - |
| *Price per MCF* | $ 9.00 | $  - | $  - |
| *MMCF* | 0.4 | - | - |
| **Gross Revenue** | 4 | - | - |
| Direct Costs | 1 | - | - |
| **Net Revenue** | 3 | - | - |
| Lease Operating Costs | | | |
| Employee | 64 | 13 | 7 |
| Power & Facilities | 165 | 14 | - |
| Contract Services | 11 | 3 | - |
| Insurance & Taxes | 15 | 12 | - |
| Transportation | 14 | 7 | 1 |
| Well Repair & Maintenance | 4 | - | - |
| Monitoring & Disposal | 2 | 2 | - |
| Communications | 1 | - | - |
| **Total Lease Operating Costs** | 277 | 50 | 8 |
| **Operating Income (Loss)** | (274) | (50) | (8) |
| General and Administrative | 33 | 10 | 10 |
| Transition Services Fee | TBD | TBD | TBD |
| **Total** | $ (307) | $ (60) | $ (18) |

ZOLFO COOPER

27

# Warm Shut-In Scenario
## Estimated Monthly Costs



PACIFIC ENERGY

The amounts presented in the table below reflect the estimated direct and indirect costs to be incurred if the operated assets are maintained in a warm shut-in state. The costs contemplated below relate to monitoring and maintaining the operated properties in such a way as to minimize the degradation of the assets and allow for a smooth restart.

**Warm Shut-In**
**Monthly Ongoing Cost Estimates**
*($ in Thousands)*

| | | West McArthur River Unit | Redoubt | West Foreland | Kustatan | Total |
|---|---|---|---|---|---|---|
| **Lease Operating Costs** | | | | | | |
| Employee | (a) | $ 13 | $ 13 | $ 13 | $ 13 | $ 52 |
| Power & Facilities | (b) | 32 | 31 | 14 | 14 | 92 |
| Contract Services | (c) | 17 | 8 | 3 | 3 | 30 |
| Insurance & Taxes | | 35 | 57 | 31 | 12 | 134 |
| Transportation | | 15 | 14 | 1 | 7 | 37 |
| Well Repair & Maintenance | | - | - | - | - | - |
| Monitoring & Disposal | | 2 | 2 | 2 | 2 | 8 |
| Communications | | 1 | 1 | - | - | 2 |
| Total Lease Operating Costs | | 114 | 126 | 64 | 50 | 355 |
| General & Administrative Costs | (d) | 10 | 10 | 10 | 10 | 40 |
| **Total Ongoing Cost Estimates** | | $ 124 | $ 136 | $ 74 | $ 60 | $ 395 |

Notes to Table:
(a) Work force reductions from 22 field employees to 4 to monitor and maintain the assets in a safe idled state.
(b) Diesel gas would be used to power the inactive facilities for purposes of maintaining navigational lights where required as well as power safety monitorization and cathodic protection equipment.
(c) Contract services after shut-in would primarily pertain to environmental safety monitoring services.
(d) Work force reductions from 5 corporate staff to 1 full-time and one part-time employee in a smaller, less expensive office space.

The amounts shown above do not include any transition services fees which Pacific would require if it were to help monitor, provide administrative assistance and help transition the properties during a transition period.

ZOLFO COOPER



# Minimal Spend Scenario
## Estimated Monthly Costs

**PACIFIC ENERGY**

The amounts presented in the table below reflect the estimated direct and indirect costs to be incurred for monitoring the operated properties in a minimal spend scenario.

| Minimal Spend Monthly Ongoing Cost Estimates ($ in Thousands) | | West McArthur River Unit | Redoubt | West Foreland | Kustatan | Total |
|---|---|---|---|---|---|---|
| **Lease Operating Costs** | | | | | | |
| Employee | (a) | $ 8 | $ 8 | $ 7 | $ 7 | $ 30 |
| Power & Facilities | | - | 30 | - | - | 30 |
| Contract Services | | - | - | - | - | - |
| Insurance & Taxes | | - | - | - | - | - |
| Transportation | | 2 | 4 | 1 | 1 | 8 |
| Well Repair & Maintenance | | - | - | - | - | - |
| Monitoring & Disposal | | - | - | - | - | - |
| Communications | | 1 | 1 | - | - | 2 |
| Total Lease Operating Costs | | 11 | 43 | 8 | 8 | 70 |
| General & Administrative Costs | (b) | 10 | 10 | 10 | 10 | 40 |
| **Total Ongoing Cost Estimates** | | $ 21 | $ 53 | $ 18 | $ 18 | $ 110 |

Notes to Table:
(a) Work force reductions from 22 field employees to 2 to monitor the assets.
(b) Work force reductions from 5 corporate staff to 1 full-time and one part-time employee in a smaller, less expensive office space.

The amounts shown above do not include any transition services fees which Pacific would require if it were to help monitor, provide administrative assistance and help transition the properties during a transition period.




**ZOLFO COOPER**

29

# Schedule of Alaskan Oil & Gas Leases

 PACIFIC ENERGY

| Counterparty/Location | Developed or Undeveloped | Lease Numbers |
|---|---|---|
| Bureau of Land Management/West Foreland | Developed | Oil & Gas Lease BLM-A-035017/West Foreland (Leasor) |
| Cook Inlet Region, Inc. | Developed | Oil & Gas Lease BLM-A-035017/West Foreland (Land Owner) |
| State of Alaska/Cosmopolitan | Undeveloped | Oil & Gas Lease ADL-384404, ADL-384403, ADL-18790, ADL-387102, ADL-389230, ADL-389525, ADL-389526, ADL-390308, ADL-390309 |
| State of Alaska/Astoch | Undeveloped | Oil & Gas Lease ADL-389517 |
| State of Alaska/TBU | Developed | Oil & Gas Lease ADL-18730, ADL-18772, ADL-18729, ADL-18777, ADL-18779, ADL-17594, ADL17579, ADL-21068, ADL-18716, ADL-17597, ADL-17602, ADL-17602, ADL-18731, ADL-18758 |
| State of Alaska/Redoubt | Developed | Oil & Gas Lease ADL-374002, ADL-381003, ADL-381201, ADL-381203, ADL-378114, ADL-390368, ADL-390093, ADL-390094 |
| State of Alaska/Three Mile Creek | Developed | Oil & Gas Lease ADL-388233, MHT-9300024, MHT-9300062, MHT-9300063 |
| State of Alaska/West MacArthur River | Developed | Oil & Gas Lease ADL-359111, ADL-359112 |
| State of Alaska/Corsair | Undeveloped | Oil & Gas Lease ADL-389196, ADL-389197, ADL-389198, ADL-389507, ADL-389513, ADL-389514, ADL-389515, ADL-389923 |
| State of Alaska/West Foreland | Developed | Oil & Gas Lease ADL-389509, ADL-389510, ADL-389511, ADL-389512, ADL-390551, ADL-389503, ADL-389504, ADL-390549, ADL-390735 |
| State of Alaska/Alexander Prospect | Undeveloped | Oil & Gas Lease ADL-390578, ADL-390585 |
| State of Alaska/Raptor Prospect | Undeveloped | Oil & Gas Lease ADL-17595, ADL-390370, ADL-390379, ADL-391108 |
| State of Alaska/Tutina Prospect | Undeveloped | Oil & Gas Lease ADL-390555, ADL-390556, ADL-390557 |
| State of Alaska/Valkrie | Undeveloped | Oil & Gas Lease ADL-389505, ADL-389506 |
| State of Alaska/Middle Lake Prospect | Undeveloped | Oil & Gas Lease MHT-9300047, MHT-9300048, MHT-9300049, MHT-9300050, MHT-9300051, MHT-9300052, MHT-9300053 |
| State of Alaska/Pretty Creek | Undeveloped | Oil & Gas Lease ADL-390571, ADL-390579, ADL-390749 |
| State of Alaska/Olsen Creek | Undeveloped | Oil & Gas Lease ADL-390100 |
| State of Alaska/Falls Creek Prospect | Undeveloped | Oil & Gas Lease ADL-384314 |
| State of Alaska/North Sustina Basin | Undeveloped | Oil & Gas Lease ADL-390077 |
| State of Alaska/South Sustina Basin | Undeveloped | Oil & Gas Lease ADL-390078 |
| State of Alaska/Copper River Prospect | Undeveloped | Oil & Gas Lease ADL-389724 |

 ZOLFO COOPER

30