# EXHIBIT B

# Pacific Energy Resources Ltd.
# Alaska Operated Abandonment Forecast
*Updated August 17, 2009*

Pacific Energy Resources Ltd.
Alaska Operated Abandonment Forecast
*(US $'s in thousands)*

Alaska Abandonment Budget

| | Full Shutdown Period | | | | Kustatan Only | | | | No Operations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/14 | 8/21 | 8/28 | 9/4 | 9/11 | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 | Total |
| **Alaska Operated** | | | | | | | | | | | | | |
| Barrels produced | 1,225 | 1,327 | 1,135 | - | - | - | - | - | - | - | - | - | 3,686 |
| Revenue receipts | $ - | $ - | $ - | $ - | $ 1,140 | $ 1,311 | $ - | $ - | $ - | $ 570 | $ - | $ - | $ 3,021 (A) |
| Royalty payments | - | - | - | - | - | - | - | 87 | - | - | - | 22 | 109 (B) |
| LOE | | | | | | | | | | | | | |
| Labor | 108 | 8 | 108 | 8 | 94 | 3 | 54 | 3 | 20 | 3 | 8 | - | 411 (C) |
| Well maintenance | 6 | 6 | 6 | 6 | 3 | 1 | 1 | 1 | 1 | - | - | - | 30 (C) |
| Outside services | 14 | 14 | 14 | 14 | 7 | 1 | 1 | 1 | 1 | - | - | - | 66 (C) |
| Direct costs (oil tranportation) | - | - | - | - | - | 175 | - | - | - | 41 | - | - | 215 (C) |
| Taxes and insurance | 8 | 8 | 8 | 8 | 4 | 1 | 1 | 1 | 1 | - | - | - | 36 (C) |
| Communications | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | - | - | - | 6 (C) |
| Transportation (boat & helicopter) | 13 | 13 | 13 | 13 | 6 | 2 | 2 | 2 | 2 | - | - | - | 63 (C) |
| Facility costs (fuel) | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | - | - | 6 (C) |
| Monitoring & disposal | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 1 | - | - | - | 14 (C) |
| KEIP and KERP payments | - | - | - | - | 164 | - | 22 | - | - | - | - | - | 195 (D) |
| Diesel costs | - | - | - | - | 11 | 11 | 11 | 11 | 11 | - | 10 | - | 54 (E) |
| G&A | 39 | 7 | 73 | 7 | 45 | 3 | 36 | 16 | 20 | 3 | 22 | 60 | 329 (D) |
| Accounts Payable LOE & G&A Run-off | - | - | - | - | 42 | 42 | 42 | 42 | 42 | 42 | - | - | 250 (F) |
| Operating outflows | 192 | 59 | 226 | 59 | 377 | 237 | 168 | 162 | 96 | 85 | 40 | 81 | 1,783 |
| Operating cash flow | (192) | (59) | (226) | (59) | 763 | 1,074 | (168) | (162) | (96) | 485 | (40) | (81) | 1,238 |
| Accounts Payable Capex Run-off | 3 | 3 | 3 | 3 | - | - | - | - | - | - | - | - | 12 |
| Flush and Drain Tanks, Flow-Lines and Equipment | 20 | 20 | 20 | 20 | - | - | 10 | 10 | - | - | - | - | 100 (G) |
| Redoubt Reconfigure Power Supply/Generation | 45 | - | - | - | - | - | - | - | - | - | - | - | 45 (G) |
| Shut in contingency | 20 | 20 | 20 | 20 | 5 | 5 | 5 | 5 | - | - | - | - | 100 (G) |
| Total Cash Flow | $ (280) | $ (102) | $ (269) | $ (102) | $ 758 | $ 1,069 | $ (183) | $ (177) | $ (96) | $ 485 | $ (40) | $ (81) | $ 981 |
| AK Segregated Funds | 36 | 36 | 36 | 36 | 36 | 215 | 421 | 421 | 421 | 421 | 485 | 485 | 36 |
| Restricted Cash Contributions | - | - | - | - | (179) | (206) | - | - | - | (64) | - | - | (448) (H) |
| Ending Balance | 36 | 36 | 36 | 36 | 215 | 421 | 421 | 421 | 421 | 485 | 485 | 485 | 485 |
| Cash Flow | $ (280) | $ (102) | $ (269) | $ (102) | $ 580 | $ 864 | $ (183) | $ (177) | $ (96) | $ 421 | $ (40) | $ (81) | $ 533 |
| Cumulative Cash Flow | (280) | (382) | (651) | (754) | (174) | 690 | 506 | 329 | 233 | 654 | 614 | 533 | |

8/18/2009

Alaska Abandonment Budget

**Footnotes**

(A) The expected revenue relates to production stored since the Cook Inlet Pipeline shut in on March 23, 2009. The actual production over the period presented is forecast to be 3,686 bbls which would be valued at approximately $210,000. The Company should receive approximately $3.0MM (53,000 bbls @ $57 / bbl) in revenue from the sale this inventory. Approximately $2.5MM will be received in September from the first and second lift. An estimated $600K (10,000 bbls @ $57 / bbl) will be received in October from the third. These estimates are based on the second lift occurring at the end of August and the third lift occurring in mid September. Under these assumptions the Company would not leave any oil in storage.

(B) The payments the weeks of 10/2 and 10/30 are for Lender ORRIs.

(C) Assumed normal run rate of base LOE for August. Kustatan only run rate for September. Final Kustatan payroll is made in October.

(D) Relates to payments under the original KEIP and the supplemental KEIP/KERP plans. Additional payments under these plans are included in G&A line item.

(E) Diesel fuel is required to run the power generation at Kustatan after the West Foreland wells are shut-in. Diesel required at Osprey to power the Navigation lights is not included in this budget as it will be picked up by the lessor.

(F) Relates to run-off of estimated remaining post petition accounts payable. Estimate is approximately 30 days of LOE.

(G) These CAPEX projects specifically relate to the abandonment work plan.

(H) Funding relates to post petition non-lender ORRIs owed for all production. The timing of the funding is based on when product is moved into the Cook Inlet Pipeline.