IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC ENERGY RESOURCES LTD., et al.[1] | ) | Case No. 09-10785 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Hearing Date: September 9, 2009 @ 10:00 A.M.
Objection Deadline: September 8, 2009 @ 12:00 Noon
Related to Docket Nos. 532, 545 and 837

## *CORRECTED* SUPPLEMENTAL NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF DEBTORS' ALASKA GROUP 1 ASSETS (EXCLUDING TRADING BAY) AND DATE AND TIME OF SALE HEARING

PLEASE TAKE NOTICE that a hearing to consider the proposed sale of the Debtors' Group 1 assets in Alaska[2] (as contemplated in the Court's *Order (A) Approving Procedures for Sale of the Debtors' Alaska Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Notice of Respective Dates, Times, and Places for Auction and for Hearing on Approval of (i) Sale and (ii) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Approving Forms of Notice; and (E) Granting Related Relief* [Docket No. 532]), has been scheduled for September 9, 2009, at 10:00 a.m. prevailing Eastern Time (the "Sale Hearing"), before the Honorable Kevin J. Carey, United

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtors' federal tax identification number, are: Pacific Energy Resources Ltd. (3442); Petrocal Acquisition Corp. (6249); Pacific Energy Alaska Holdings, LLC (tax I.D. # not available) ("PEAH"); Carneros Acquisition Corp. (5866); Pacific Energy Alaska Operating LLC (7021) ("PEAO"); San Pedro Bay Pipeline Company (1234); Carneros Energy, Inc. (9487); and Gotland Oil, Inc. (5463). The mailing address for all of the Debtors is 111 W. Ocean Boulevard, Suite 1240, Long Beach, CA 90802.

[2] The Group 1 assets consist of: (A) PEAO's interests in leased oil and gas production and exploration assets located in Alaska (and related assets and contracts) that are operated or held for exploration by PERL; (B) PEAO's interests in leased gas production assets located in Alaska (and related assets and contracts) that are operated by Aurora Gas, LLC; and (C) PEAH's 50% of the issued and outstanding common stock of Cook Inlet Pipe Line Company ("CIPL").

68773-002\DOCS_DE:152685.2

States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom 5, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice except by announcement of the adjourned date or dates at the Sale Hearing or any adjournment thereof.

PLEASE TAKE FURTHER NOTICE that the Debtors have yet to select a buyer for the Group 1 assets or to document a definitive purchase and sale agreement ("PSA"). The Sale Hearing will not go forward if no agreement is reached.

PLEASE TAKE FURTHER NOTICE that the Debtors have received offers or indications of interest to acquire the Group 1 assets from certain prospective buyers pursuant to the principal terms identified below:[3]

> (1) New Alaska Energy, LLC proposes to acquire the Group 1 assets (excluding the stock of CIPL) for the purchase price of $1,330,000, plus assumption and payment of certain contract cure obligations. As part of the sale, liabilities to be assumed generally include: (a) liabilities associated with ownership or operation of the assets being sold that are incurred from and after the Closing Date; (b) any non-lender royalty obligations (including overriding royalty interests), (c) environmental liabilities, (d) plugging, abandonment, decommissioning, removal, and/or restoration liabilities, and (e) all other obligations associated with, relating to, or arising from the ownership or operation of the purchased Group 1 assets from and after the closing date.
>
> (2) Cook Inlet Energy proposes to acquire the Group 1 assets (excluding the stock of CIPL) for the purchase price of $500,000, plus assumption and payment of certain contract cure obligations. As part of the sale, essentially the same liabilities would be assumed as set forth above for New Alaska Energy, LLC.
>
> (3) NTP Oil Corporation proposes to acquire the Group 1 assets (excluding the stock of CIPL) for the purchase price of $500,000, plus assumption and payment of certain contract cure obligations. In addition, NTP has offered to issue an aggregate 10% of the equity of the acquisition company to one or both of the Debtors' secured lenders. As part of the sale, essentially the same liabilities would be assumed as set forth above for New Alaska Energy, LLC.

---

[3] The only buyers identified herein are those that the Debtors believe have bid, or intend to bid, on the majority of the Group 1 assets. Contact information for the buyers may be obtained by written request to Debtors' counsel identified below.

(4) the State of Alaska proposes to acquire the Group 1 assets not currently owned by the State (excluding the stock of CIPL) for nominal consideration, plus assumption and payment of certain contract cure obligations, and to obtain title to the Group 1 assets in which the State currently has an ownership interest by way of abandonment by the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that any prospective buyer of the Debtors' Group 1 assets must deliver to the Debtors a binding, definitive PSA by no later than Friday, September 4, 2009 at 12:00 p.m. Noon prevailing Pacific time, along with evidence of financing. In order to be considered, each PSA must contemplate that a closing of the sale of the Group 1 assets shall occur no later than September 9, 2009 at 4:00 p.m. prevailing Pacific time, assuming that such sale is approved at the Sale Hearing. By no later than Tuesday, September 8, 2009 at 11:00 a.m. prevailing Pacific time, any financing contingencies associated with a PSA must be removed or waived by the buyer, and the buyer must provide Debtors with proof of funds on deposit or a binding commitment letter.

PLEASE TAKE FURTHER NOTICE that any objections previously filed to the sale of the Debtors' Group 1 assets may be considered by the Court at the Sale Hearing. Any supplemental objections or other responses to the proposed sale of the Group 1 assets, if any, must be served so that they are received not later than **September 8, 2009 at 12:00 p.m. Noon prevailing Eastern time**, by: (a) (1) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899-8705, Attn: James E. O'Neill, Esq.; Fax: 302-652-4400, e-mail: joneill@pszjlaw.com and (2) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100; Attn: Ira D. Kharasch, Esq; Fax: 310-201-0760, e-mail: ikharasch@pszjlaw.com; (b) counsel to the Debtors' secured lenders: (1) Bingham McCutchen, 399 Park Avenue, New York, NY 10022, Attn: Jeffrey Sabin, Esq.; Fax:

212-752-5378, e-mail: jeffrey.sabin@bingham.com and (2) Bingham McCutchen, One Federal Street, Boston, MA 01221-1726, Attn: Amy Kyle, Fax: 617-345-5001, e-mail: amy.kyle@bingham.com and Silver Point Finance: Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Chicago, IL 60606-1285, Attn: T. Kellan Grant, Esq.; Fax: 312-407-8511, e-mail: tkgrant@skadden.com; (c) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Joseph McMahon, Esq.; and (d) counsel for the Official Committee of Unsecured Creditors, (1) Steptoe & Johnson LLP, 2121 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067; Attn: Katherine C. Piper, Esq., Fax: (310) 734-3173, e-mail: kpiper@steptoe.com and (2) Pepper Hamilton LLP, Hercules Plaza, Ste 5100, 1313 N. Market Street, Wilmington, DE 19801; Attn: James C. Carignan, Esq., Fax: (302) 421-8390, e-mail: jcarignan@pepperlaw.com.

Dated: September 2, 2009	PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302/652-4100
Facsimile: 310/652-4400
Email:	ikharasch@pszjlaw.com
	mlitvak@pszyjlaw.com
	joneill@pszyjlaw.com

Counsel for Debtors and Debtors in Possession