**Exhibit A to Order Granting *Alternative* Motion of the Debtors
for an Order Authorizing Abandonment of Certain Interests in Oil
and Gas Properties in Alaska (Excluding Trading Bay) (the "Order")[1]**

PART ONE OF EXHIBIT A - DESCRIPTION OF THE ALASKA INTERESTS OTHER THAN KUSTATAN PROPERTIES

PRODUCING & EXPIRING ALASKA OIL & GAS LEASES

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| **Bureau of Land Management** | | | | |
| BLM A 035017 | Ralph H. Cottis | 10/1/1958 | Anchorage Recording District, Book 3405, Page 361 | **100.000% Record Title Interest 100.000% Operating Rights in "Shallow Rights" 60.000% Operating Rights in "Deep Rights"** <br><br> West Foreland <br><br> Township 8 North, Range 14 West, Seward Meridian, State of Alaska <br><br> Section 16: Fractional SE/4 SW/4, Fractional S/2 SE/4 <br> Section 21: Fractional E/2, E/2 W/2 <br> Section 22: Fractional SW/4 SW/4 <br> Section 27: Fractional NW/4, Fractional N/2 SW/4 <br> Section 28: NE/4, E/2 NW/4, NE/4 SW/4, N/2 SE/4 <br> Protracted Survey <br> U.S. Survey 4522 <br> U.S. Survey 4523 |

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Order.

674/023353-0033
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | U.S. Survey 4524, Lot 1 |
| | | | | containing 857 acres, more or less. **(ConocoPhillips – 40% operating rights in deep rights below 9400' – West Foreland No 1 well)** |
| **State Oil and Gas Leases** | | | | |
| State of Alaska ADL 374002 | Danco/Alaska Partnership Ltd. | 4/1/1991 | Anchorage Recording District, Book 3414, Page 84 | **100% Working Interest** <br><br> Redoubt Unit Tract 2 <br><br> T. 7 N., R. 13 W., Seward Meridian, Alaska <br><br> Section 19: Protracted, All, 615 acres; Section 20: Protracted, All, 640 acres; Section 21: Protracted, All, 640 acres; Section 28: Protracted, All, 640 acres; Section 29: Protracted, All, 640 acres; Section 30: Protracted, All, 617 acres; Section 31: Protracted, All, 619 acres; Section 32: Protracted, All, 640 acres; Section 33: Protracted, All, 640 acres; <br><br> containing 5,691 acres, more or less. |
| State of Alaska ADL 381203 | Danco/Alaska Partnership Ltd. | 12/1/1994 | Anchorage Recording District, Book 3414, Page 383 | **100% Working Interest** <br><br> Redoubt Unit Tract 3 <br><br> T. 7 N., R. 14 W., Seward Meridian, Alaska <br><br> Section 13: Protracted, All, 640 acres; Section 14: Protracted, All, 640 acres; Section 23: Protracted, All, 640 acres; |

674/023353-0033
103S810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Section 24: Protracted, All, 640 acres; Section 25: Protracted, All, 640 acres; Section 26: Protracted, All, 640 acres; <br><br> containing 3,840 acres, more or less. |
| State of Alaska ADL 378114 | Danco/Alaska Partnership Ltd. | 12/1/1994 | Anchorage Recording District, Book 3414, Page 71 | **100% Working Interest** <br><br> Redoubt Unit Tract 1 <br><br> T. 7 N., R. 13 W., Seward Meridian, Alaska <br><br> Section 4: Protracted, All, 640 acres; Section 5: Protracted, All, 640 acres; Section 6: Protracted, All, 610 acres; Section 7: Protracted, All, 612 acres; Section 8: Protracted, All, 640 acres; Section 9: Protracted ,All, 640 acres; Section 16: Protracted, All, 640 acres; Section 17: Protracted, All, 640 acres; Section 18: Protracted, All, 613 acres; <br><br> containing 5,675 acres, more or less. |
| State of Alaska ADL 359111 | Richard E. Wagner | 12/1/1983 | Anchorage Recording District Book 1952, Page 446 | **100% Working Interest** <br><br> West McArthur River Unit, Tract 1 <br><br> T. 8 N., R. 14 W., Seward Meridian, Alaska <br><br> Section 3: Protracted, All; 640.00 acres; Section 4: Protracted, All; 640.00 acres; |

674/023353-0033
103581001 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Section 5: Unsurveyed; All tide & submerged lands; 465.00 acres; Section 8: Unsurveyed; All tide & submerged lands; 130.00 acres; Section 9: Unsurveyed; All tide & submerged lands; 630.00 acres; Section 10: Protracted, All; 640.00 acres; Section 15: Protracted, All; 640.00 acres; Section 16: Unsurveyed, All; tide & submerged lands; 390.00 acres |
| | | | | containing 4,175.00 acres, more or less |
| State of Alaska ADL 359112 | Richard E. Wagner | 12/1/1983 | Anchorage Recording District Book 1952, Page 464 | **100% Working Interest** |
| | | | | West McArthur River Unit, Tract 2 |
| | | | | T. 8 N., R. 14 W., Seward Meridian, Alaska |
| | | | | Section 21: Unsurveyed; All tide & submerged lands; 125.00 acres; Section 22: Unsurveyed; All tide & submerged lands; 635.00 acres; Section 23: Protracted, All; 640.00 acres; Section 27: Unsurveyed, All; tide & submerged lands; 495.00 acres; Section 34: Unsurveyed, All; tide & submerged lands; 260.00 acres; |
| | | | | containing 2,155.00 acres, more or less |
| State of Alaska ADL 390368 | Forest Oil Company | 10/1/2003 | | **100% Working Interest** |

674/023353-0053
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Kustatan |
| | | | | T. 7 N., R. 14 W., Seward Meridian, Alaska |
| | | | | Section 4: Unsurveyed. All tide and submerged lands, 8.75 acres; |
| | | | | Section 4: Unsurveyed. The beds of the unnamed lakes located within the S2NE4 and SE4, 41.11 acres; |
| | | | | Section 9: Unsurveyed, All tide and submerged lands, 441.57 acres; |
| | | | | U.S. Survey 12121, Lot 1 and that portion of Lot 2 lying within Sections 3, 4, 9 & 10, 310.37 acres; |
| | | | | U. S. Survey 4527, Lot 1 and 3, 161.09 acres; |
| | | | | containing 962.89 acres, more or less. |
| State of Alaska ADL 388233 | Aurora Gas LLC | 2/1/1997 | | 30% & 70% Working Interest |
| | | | | Three Mile Creek Unit Tract 4 |
| | | | | T. 13 N., R. 11 W., Seward Meridian, Alaska, Tract A |
| | | | | Segment 1: As to a 30% working interest in 2,800.00 acres, more or less, and described as follows: |
| | | | | Section 22: Unsurveyed, SE/4; 160 acres; |
| | | | | Section 23: Unsurveyed, SW/4; 160 acres; |
| | | | | Section 26: Unsurveyed, All; 640 |

674/023353-0033
103581001 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | acres;<br>Section 27: Unsurveyed, E/2, SW/4; E/2 NW/4; 560 acres<br>Section 34: Unsurveyed, All; 640 acres;<br>Section 35: Unsurveyed, All; 640 acres;<br><br>Segment 2: As to a 30% working interest in 200.00 acres, more or less, and described as follows:<br><br>Section 22: Unsurveyed, SE/4NE/4; 40.00 acres;<br>Section 23: Unsurveyed, NW/4; 160.00 acres;<br><br>Segment 3: As to a 70% working interest in 160.00 acres, more or less, and described as follows:<br><br>Section 23: Unsurveyed, SE/4; 160 acres;<br><br>Segment 4: As to a 70% working interest in 160.00 acres, more or less, and described as follows:<br><br>Section 23: Unsurveyed, NE/4; 160 acres;<br><br>entire tract containing 3,320 acres, more or less. |

674/023353-0033
103580.01 a09/11/09

# EXPLORATORY ALASKA OIL & GAS LEASES

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| State of Alaska MHT 9300047 | Forest Oil Corporation | 1/1/2005 | Matanuska-Susit 2005-005259-0 | **100% Working Interest**<br><br>**Middle Lake Prospect**<br><br>Tract 19<br>T. 15 N., R. 5 W., S.M.<br>Section 4, Unsurveyed Within Tr. "A", 640.000 Acres;<br>Section 5, Unsurveyed Within Tr. "A", 640.000 Acres;<br>Section 6, Unsurveyed Within Tr. "A", 609.000 Acres;<br>Section 7, Unsurveyed Within Tr. "A", 611.000 Acres;<br>Section 8, Unsurveyed Within Tr. "A", 640.000 Acres;<br>Section 9, That Portion Within USS 3942, 293.750 Acres;<br>Unsurveyed Within Tr. "A", 346.250 Acres;<br>Section 16, That Portion Within USS 3942, 639.000 Acres;<br>Unsurveyed Within Tr. "A", 1.000 Acres;<br>Section 17, That Portion Within USS 3942, 199.370 Acres;<br>Unsurveyed Within Tr. "A", 440.630 Acres;<br>Section 18, Unsurveyed Within Tr. "A", 613.000 Acres;<br>Total Acres: 5673.000 |
| State of Alaska MHT 9300048 | Forest Oil Corporation | 1/1/2005 | Matanuska-Susit 2005-001913-0 | **100% Working Interest**<br><br>**Middle Lake Prospect**<br><br>T. 15 N., R. 5 W., S.M. |

674\023353-0033
103810.01 a09\11\09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| State of Alaska MHT 9300049 | Forest Oil Corporation | 1/1/2005 | Matanuska-Susit 2005-005258-0 | Section 1<br>Portion In Tract 28 of ASLS #800111 - Plat #82-80 - Palmer 595.000<br>Section 2<br>Portion In Tract 29 of ASLS #800111 - Plat #82-80 - Palmer 638.780<br>Section 3<br>Unsurveyed Within Tract "A" 640.000<br>Section 10<br>Unsurveyed Within Tract "A" 640.000<br>Section 11<br>Portion In Tract 27 of ASLS #800111 - Plat #82-80 - Palmer 312.790<br>Portion In Tract 24 of ASLS #800111 - Plat #82-80 - Palmer 310.300<br>Section 12<br>Portion In Tract 27 of ASLS #800111 - Plat #82-80 - Palmer 312.00<br>Portion In Tract 25 of ASLS #800111 - Plat #82-80 - Palmer 307.950<br>Section 13<br>Portion In Tract 23 A of ASLS #800111 - Plat #82-80 - Palmer 313.940<br>Portion In Tract 23 B of ASLS #800111 - Plat #82-80 - Palmer 313.970<br>Section 14<br>Portion In Tract 17 of ASLS #800111 - Plat #82-80 - Palmer 300.000<br>Portion In Tract 24 of ASLS #800111 - Plat #82-80 - Palmer 317.650<br>Section 15<br>Portion In USS #3942 520.260<br>Unsurveyed Within Tract "A" 119.740<br><br>Total Acres: 5642.380<br><br>**100% Working Interest**<br><br>**Middle Lake Prospect** |

674023353-0033
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Tract 21 - T. 15 N., R. 5 W., S.M. |
| | | | | Section 19 |
| | | | | That Portion Within USS 3942 103.750 |
| | | | | Unsurveyed Within Tr. "A" 536.250 |
| | | | | Section 20 |
| | | | | That Portion Within USS 3942 602.500 |
| | | | | Unsurveyed Within Tr. "A" 37.500 |
| | | | | Section 21 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 28 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 29 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 30 |
| | | | | That Portion Within USS 3942 398.000 |
| | | | | Unsurveyed Within Tr. "A" 242.000 |
| | | | | Section 31 |
| | | | | That Portion Within USS 3942 598.750 |
| | | | | Unsurveyed Within Tr. "A" 41.250 |
| | | | | Section 32 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 33 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Total Acres: 5760.000 |
| State of Alaska MHT 9300050 | Forest Oil Corporation | 1/1/2005 | Matanuska-Susit 2005-001912-0 | **100% Working Interest** |
| | | | | **Middle Lake Prospect** |
| | | | | Tract 22 - T. 15 N., R. 5 W., S.M. |
| | | | | Section 22 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 23 |
| | | | | Within Tr. 15 of ASLS 800111 160.000 |
| | | | | Within Tr. 16 of ASLS 800111 168.140 |
| | | | | Within Tr. 17 of ASLS 800111 312.490 |
| | | | | Section 24 |
| | | | | Within Tr. 18 of ASLS 800111 297.040 |

674/023353-0033
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Within Tr. 14 of ASLS 800111 348.000 |
| | | | | Section 25 |
| | | | | Within Tr. 14 of ASLS 800111 293.890 |
| | | | | Within Tr. 9 of ASLS 800111 317.900 |
| | | | | Section 26 |
| | | | | That Portion Within USS 3942 160.000 |
| | | | | Within Tr. 15 of ASLS 800111 160.850 |
| | | | | Within Tr. 16 of ASLS 800111 160.000 |
| | | | | Within Tr. 9 of ASLS 800111 160.000 |
| | | | | Section 27 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 34 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 35 |
| | | | | That Portion Within USS 3942 640.000 |
| | | | | Section 36 |
| | | | | That Portion Within USS 3942 160.000 |
| | | | | Within Tr. 8 of ASLS s 800111 474.220 |
| | | | | Total Acres: 5732.530 |
| State of Alaska MHT 9300051 | Forest Oil Corporation | 1/1/2005 | Matanuska-Susit 2005-19 | **100% Working Interest** <br><br> **Middle Lake Prospect** <br><br> Tract 24 - T. 14 N., R. 5 W., S.M. <br> Section 1 <br> Within Tr. 4 of ASLS 800111 314.080 <br> Tr. B-1 of Plat #80-24 - Palmer 125.120 <br> Tr. C-1 & C-2 of Plat #80-24 - Palmer 160.050 <br> Section 2 <br> That Portion Within USS 3942 640.000 <br> Section 3 <br> That Portion Within USS 3942 640.000 <br> Section 10 <br> That Portion Within USS 3942 640.000 <br> Section 11 <br> That Portion Within USS 3942 597.000 <br> Portion Within Tr. "A" 43.000 |

674/023353-0033
103S810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | **Section 12**<br>Within Tr. 2 of ASLS 800111 313.880<br>Tr. A-1 & A-2 of Plat #80-24 - Palmer 159.990<br>SW1/4 159.990<br>**Section 13**<br>Portion Within Tr. "A" 640.000<br>**Section 14**<br>That Portion Within USS3942 116.870<br>Portion Within Tr. "A" 520.000<br>**Section 15**<br>That Portion Within USS 3942 120.000<br>Portion Within Tr. "A" 520.000<br>Total Acres: 5709.980 |
| State of Alaska<br>MHT 9300052 | Forest Oil Corporation | 1/1/2005 | Matanuska-Susit 2005-001908-0 | **100% Working Interest**<br><br>**Middle Lake Prospect**<br><br>Tract T 27 - T. 15 N., R. 4 W., S.M.<br>Section N 7 TR. 26 of ASLS 800111 603.220<br>Section 17 TR. 21 of ASLS 800111 367.690<br>Section 18 TR. 22 A of ASLS 800111 301.750<br>TR. 22 B of ASLS 800111 301.850<br>Section 19 Portion in TR. 13 of ASLS 800111 299.240<br>Portion in TR. 19 of ASLS 800111 290.940<br>**Section 20**<br>SM- 1801 Lot 1 Block 1 of ASLS<br>#800135 - Plat #81-50 – Palmer 3.950<br>SM- 1804 Lot 4 Block 1 of ASLS<br>#800135 - Plat #81-50 – Palmer 4.311<br>SM- 1806 Lot 6 Block 1 of ASLS<br>#800135 - Plat #81-50 - Palmer 3.542<br>SM- 1807 Lot 7 Block 1 of ASLS |

674/023353-0033<br>103581001 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | #800135 - Plat #81-50 - Palmer 4.792 |
| | | | | SM - 1809 Lot 9 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.999 |
| | | | | SM - 1810 Lot 10 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.997 |
| | | | | SM - 1811 Lot11 Block 1 of ASLS |
| | | | | #800135 – Plat #81-50 - Palmer 4.993 |
| | | | | SM - 1813 TR. "C" of ASLS #800135 - Plat #81-50 - Palmer 5.540 |
| | | | | SM - 1814 TR. "E" of ASLS #800135 - Plat #81-50 - Palmer 5.225 |
| | | | | SM - 1815 Lot 1 Block 3 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.600 |
| | | | | SM - 1816 Lot 2 Block 3 of ASLS |
| | | | | #800135 - Plat#81-50 - Palmer 3.305 |
| | | | | SM - 1817 Lot 3 Block 3 of ASLS |
| | | | | #800135 – Plat #81-50 – Palmer 3.234 |
| | | | | SM - 1818 Lot 1 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.498 |
| | | | | SM – 1819 Lot 2 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.250 |
| | | | | SM - 1820 Lot 3 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.172 |
| | | | | SM - 1821 Lot 4 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 2.763 |
| | | | | SM - 1822 Lot 5 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.943 |
| | | | | SM - 1823 Lot 6 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 3.093 |
| | | | | SM - 1824 Lot 7 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 3.642 |
| | | | | SM - 1825 Lot 8 Block 2 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 3.930 |
| | | | | SM - 1827 Lot 12 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.997 |
| | | | | SM - 1828 Lot 13 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.999 |
| | | | | SM - 1830 Lot 5 Block 3 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 2.545 |

674/023353-0033
103581/0.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | SM - 1831 Lot 6 Block 3 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 3.326 |
| | | | | SM - 1834 Lot 3 Block 5 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.989 |
| | | | | SM - 1835 Lot 4 Block 5 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.989 |
| | | | | SM - 1836 Lot 5 Block 5 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.976 |
| | | | | SM - 1844 Lot 4 Block 3 Of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 3.441 |
| | | | | SM - 1846 Within Tr. 12 of ASLS 800111 |
| | | | | 200.000 |
| | | | | SM - 1802 Lot 2 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 2.955 |
| | | | | SM - 1803 Lot 3 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 2.501 |
| | | | | SM - 1805 Lot 5 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.705 |
| | | | | SM - 1808 Lot 8 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.970 |
| | | | | SM - 1812 Tr. "A" Of ASLS #800135 - |
| | | | | Plat #81-50 - Palmer 6.005 |
| | | | | SM - 1826 Tr. "D" of ASLS #800135 - |
| | | | | Plat #81-50 - Palmer 14.963 |
| | | | | SM - 1829 Lot 14 Block 1 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.646 |
| | | | | SM - 1832 Lot 1 Block 5 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.640 |
| | | | | SM - 1833 Lot 2 Block 5 Of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.992 |
| | | | | SM - 1845 Within Tr. 19 of ASLS 800111 |
| | | | | 200.000 |
| | | | | Total: 569.418 |
| | | | | Section 29 |
| | | | | SM - 1837 Lot 1 Block 4 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 4.369 |
| | | | | SM - 1838 Lot 2 Block 4 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 2.710 |
| | | | | SM - 1839 Lot 3 Block 4 Of ASLS |

674/023353-0033
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | #800135 - Plat #81-50 - Palmer 2.709 |
| | | | | SM - 1840 Lot 4 Block 4 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 2.696 |
| | | | | SM - 1841 Lot 5 Block 4 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 3.804 |
| | | | | SM - 1842 Lot 6 Block 4 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 2.558 |
| | | | | SM - 1843 Tr."F" Block 4 of ASLS |
| | | | | #800135 - Plat #81-50 - Palmer 6.418 |
| | | | | SM - 1849 Within Tr. 11 of ASLS 800111 |
| | | | | 334.030 |
| | | | | SM - 1846 Within Tr. 12 of ASLS 800111 |
| | | | | 274.420 |
| | | | | Total: 633.714 |
| | | | | Section 30 Portion In Tr. 13 of ASLS |
| | | | | 800111 299.930 |
| | | | | Portion In Tr. 10 of ASLS 800111 |
| | | | | 299.440 |
| | | | | Section 31 Portion In Tr. 7 of ASLS |
| | | | | 800111 277.360 |
| | | | | Portion In Tr. 10 of ASLS 800111 |
| | | | | 299.430 |
| | | | | Section 32 Southeast 1/4 160.000 |
| | | | | Portion In Tr. 11 of ASLS 800111 |
| | | | | 300.000 |
| | | | | Portion In Tr. 7 of ASLS 800111 160.000 |
| | | | | Total Acres: 5163.982 |
| State of Alaska MHT 9300053 | Forest Oil Corporation | 1/1/2005 | Matanuska-Susit 2005-001909-0 | **100% Working Interest** **Middle Lake Prospect** Tract 28 - T. 14 N., R. 4 W., S.M. Section 4 Portion Within Lot 6 Block 2 EPF #57-72 - Plat 66-31 - Palmer 0.450 Portion Within Lot 7 Block 2 EPF #57-72 - Plat 66-31 - Palmer 1.270 Portion Within Lot 8 Block 2 EPF #57-72 |

674/023353-0033
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | - Plat 66-31 - Palmer 2.910 |
| | | | | Portion Within Lot 9 Block 2 EPF #57-72 - Plat 66-31 - Palmer 3.510 |
| | | | | Portion Within Lot 10 Block 2 EPF #57-72 - Plat 66-31 - Palmer 4.890 |
| | | | | Portion Within Lot 11 Block 2 EPF #57-72 - Plat 66-31 - Palmer 6.990 |
| | | | | Portion Within Lot 12 Block 2 EPF #57-72 - Plat 66-31 - Palmer 8.620 |
| | | | | Portion Within Lot 13 Block 2 EPF #57-72 - Plat 66-31 - Palmer 16.670 |
| | | | | Portion Within Lot 14 Block 2 EPF #57-72 - Plat 66-31 - Palmer 3.440 |
| | | | | Portion Within Lot 15 Block 2 EPF #57-72 - Plat 66-31 - Palmer 6.520 |
| | | | | Portion Within Lot 16 Block 2 EPF #57-72 - Plat 66-31 - Palmer 12.820 |
| | | | | Portion Within Lot 17 Block 2 EPF #57-72 - Plat 66-31 - Palmer 9.470 |
| | | | | Portion Within Lot 18 Block 2 EPF #57-72 - Plat 66-31 - Palmer 8.060 |
| | | | | Portion Within Tr. "B-1" EPF #57-72 - Plat 66-31 - Palmer 228.140 |
| | | | | Lot 1 In Tr. "A" of USS #3286 2.390 |
| | | | | Lot 3 In Tr. "A" of USS #3286 2.420 |
| | | | | Lot 4 In Tr. "A" of USS #3286 3.520 |
| | | | | Lot 6 In Tr. "A" of USS #3286 2.760 |
| | | | | Lot 8 In Tr. "A" of USS #3286 4.340 |
| | | | | Lot 9 In Tr. "A" of USS #3286 3.090 |
| | | | | Lot 10 In Tr. "A" of USS #3286 4.780 |
| | | | | Lot 11 In Tr. "A" of USS #3286 3.950 |
| | | | | Lot 12 In Tr. "A" of USS #3286 4.120 |
| | | | | Lot 13 In Tr. "A" of USS #3286 3.280 |
| | | | | Lot 15 In Tr. "A" of USS #3286 3.980 |
| | | | | Lot 16 In Tr. "A" of USS #3286 2.790 |
| | | | | Lot 17 In Tr. "A" of USS #3286 2.130 |
| | | | | Portion Within Lot 11 In Tr. "A" Of USS #3287 1.300 |
| | | | | Portion Within Tr. "B-2" EPF #57-72 - |

674/023353-0033
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Plat 66-31 - Palmer 61.510 |
| | | | | Portion Within Tr. "B" EPF #57-72 - Plat 66-31 - Palmer 60.000 |
| | | | | Portion Within Tr. "A" EPF #57-72 - Plat 66-31 - Palmer 0.450 |
| | | | | Total: 480.570 |
| | | | | Section 5 Within Tr. 6 Of ASLS 800111 560.020 |
| | | | | Tr. "A-1" Of Plat #82-158 - Palmer 66.580 |
| | | | | Tr. "A-2" Of Plat #82-158 - Palmer 7.920 |
| | | | | Section 6 Within Tr. 5 of ASLS 800111 609.300 |
| | | | | Sections 7 And 8 Within Tr. 3 of ASLS 800111 343.920 |
| | | | | Sections 7 And 18 Within Tr. 1 of ASLS 800111 417.100 |
| | | | | Section 8 |
| | | | | Portion Within Lot 1 Block 3 EPF #57-72 - Plat 66-31 - Palmer 6.820 |
| | | | | Portion Within Lot 2 Block 3F EPF #57-72 - Plat 66-31 - Palmer 5.480 |
| | | | | Portion Within Lot 3 Block 3 EPF #57-72 - Plat 66-31 - Palmer 5.470 |
| | | | | Portion Within Lot 4 Block 3 EPF #57-72 - Plat 66-31 - Palmer 8.790 |
| | | | | Portion Within Lot 5 Block 3 EPF #57-72 - Plat 66-31 - Palmer 5.000 |
| | | | | Portion Within Lot 6 Block 3 EPF #57-72 - Plat 66-31 - Palmer 3.170 |
| | | | | Portion Within Lot 1 In Tr. "A" of USS #3287 4.500 |
| | | | | Portion Within Lot 2 In Tr. "A" of USS #3287 2.970 |
| | | | | Portion Within Lot 3 In Tr. "A" of USS #3287 1.000 |
| | | | | Portion Within Lot 4 In Tr. "A" of USS #3287 0.450 |
| | | | | Portion Within Lot 5 In Tr. "A" of USS #3287 0.560 |

674/023353-0033
1035810.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Portion Within Lot 6 In Tr. "A" of USS #3287 0.700 |
| | | | | Portion Within Lot 7 In Tr. "A" of USS #3287 1.320 |
| | | | | Portion Within Lot 8 In Tr. "A" of USS #3287 2.000 |
| | | | | Tr. "C-1b" Of ASLS #870353 - Plat #93-15 - Palmer 48.290 |
| | | | | Portion Within Tr. "C" EPF #57-72 - Plat 66-31 - Palmer 2.500 |
| | | | | Total: 99.020 |
| | | | | |
| | | | | Section 9 |
| | | | | Portion Within Lot 9 In Tr. "A" of USS #3287 3.230 |
| | | | | Portion Within Lot 10 In Tr. "A" of USS #3287 3.300 |
| | | | | Portion Within Lot 14 In Tr. "A" f USS #3287 3.660 |
| | | | | Portion Within Lot 15 In Tr. "A" of USS #3287 4.100 |
| | | | | Portion Within Lot 16 In Tr. "A" of USS #3287 4.640 |
| | | | | Portion Within Lot 17 In Tr. "A" of USS #3287 4.550 |
| | | | | Portion Within Lot 18 In Tr. "A" of USS #3287 3.810 |
| | | | | Portion Within Lot 19 In Tr. "A" of USS #3287 4.280 |
| | | | | Portion Within Lot 20 In Tr. "A" of USS #3287 4.070 |
| | | | | Portion Within Lot 21 In Tr. "A" of USS #3287 4.120 |
| | | | | Portion Within Lot 22 In Tr. "A" of USS #3287 3.780 |
| | | | | Portion Within Lot 23 In Tr. "A" of USS #3287 3.840 |
| | | | | Portion Within Lot 25 In Tr. "A" of USS #3287 2.950 |

674/023353-0033
103580.01.a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Portion Within Lot 1 Block 5 EPF #57-72 - Plat 66-31 - Palmer 7.000 |
| | | | | Portion Within Lot 2 Block 5 EPF #57-72 - Plat 66-31 - Palmer 4.420 |
| | | | | Portion Within Lot 16 Block 5 EPF #57-72 - Plat 66-31 - Palmer 8.310 |
| | | | | Portion Within Lot 17 Block 5 EPF #57-72 - Plat 66-31 - Palmer 8.270 |
| | | | | Portion Within Tr. "C-2" EPF #57-72 - Plat 66-31 - Palmer 102.700 |
| | | | | Portion Within Tr. "B" EPF #57-72 - Plat 66-31 - Palmer 8.180 |
| | | | | Portion Within Lot 6 Block 3 EPF #57-72 - Plat 66-31 - Palmer 1.000 |
| | | | | Portion Within Tr. "C" EPF #57-72 - Plat 66-31 - Palmer 0.730 |
| | | | | Portion Within Lot 5 Block 3 EPF #57-72 - Plat 66-31 - Palmer 0.780 |
| | | | | Portion Within Lot 1 In Tr. "A" Of USS #3287 0.200 |
| | | | | Portion Within Lot 2 In Tr. "A" Of USS#3287 2.000 |
| | | | | Portion Within Lot 3 In Tr. "A" Of USS #3287 3.910 |
| | | | | Portion Within Lot 4 In Tr. "A" Of USS #3287 4.500 |
| | | | | Portion Within Lot 5 In Tr. "A" Of USS #3287 3.400 |
| | | | | Portion Within Lot 6 In Tr. "A" Of USS#3287 3.000 |
| | | | | Portion Within Lot 7 In Tr. "A" Of USS #3287 2.000 |
| | | | | Portion Within Lot 8 In Tr. "A" Of USS #3287 2.450 |
| | | | | Portion Within Tr. "A" EPF #57-72 - Plat 66-31 - Palmer 7.500 |
| | | | | Total: 223.680 |

674/023353-0033
103581001 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Section 16<br>Portion Within Lot 3 Block 5 EPF #57-72 - Plat 66-31 - Palmer 11.210<br>Portion Within Lot 15 Block 5 EPF #57-72 - Plat 66-31 - Palmer 8.680<br>Tr. "D-2-2" Plat #84-176 - Palmer 33.700<br>South 1/2 Of The Southwest 1/4 Plat #84-176 - Palmer 80.120<br>Portion Within Tr. "D" EPF#57-72 - Plat 66-31 - Palmer 9.950<br>Tr. "D-2-1" Plat #84-176 - Palmer 33.620<br>Tr."D-2-3" Plat #84-176 -Palmer except Deed Of Title Adl#200662 156.89<br>Portion Within Lot 2 Block 5 EPF #57-72 - Plat 66-31 - Palmer 6.000<br>Total: 340.170<br><br>Section 17<br>West 1/2 of the Northwest 1/4 of the Northwest 1/4 Plat #84-176 - Palmer 20.000<br>Portions of the North 1/2 and the Southeast 1/4 Plat #84-176 - Palmer 279.94<br>Tr. "A-1" Plat #84-176 - Palmer 33.360<br>Tr. "A-2" Plat #84-176 - Palmer 26.280<br>Tr. "B-1" Plat #84-176 - Palmer 8.360<br>S1/2SE1/4NW1/4, SW/4, SW1/4SE1/4, SW1/4NW1/4SE1/4 229.960<br>Total: 597.900<br>Section 18 Tr. "A-2" Plat #80-95 - Palmer 74.200<br>Tr. 8 Plat #82-5 - Palmer 148.830<br>NE1/4ne1/4, S1/2NE1/4, SW1/4 279.990<br>Section 19 Tr. "A" Plat #82-5 - Palmer 149.260<br>Tr. "B" Plat #82-5 - Palmer 149.680<br>East 1/2 Plat #82-5 - Palmer 301.150 0128<br>Section 20 Plat #82-5 - Palmer 639.930 |

674.023353-0033<br>103581O.01 a09/11/09

| Lease/Lessor | Lessee | Lease Date | Recordation Information | Property Description |
|---|---|---|---|---|
| | | | | Section 21 Plat #82-5 - Palmer 640.870 |
| | | | | Section 29 N1/2, N1/2SW1/4, SE1/4 560.000 |
| | | | | Section 30 Portion Within Tr. "B" 360.610 |
| | | | | BLM Lot 1 18.740 |
| | | | | BLM Lot 2 28.060 |
| | | | | Southeast 1/4 of the Southeast 1/4 40.000 |
| | | | | Section 31 BLM Lot 1 35.080 |
| | | | | BLM Lot 2 35.180 |
| | | | | BLM Lot 3 35.280 |
| | | | | BLM Lot 4 32.580 |
| | | | | BLM Lot 5 38.290 |
| | | | | BLM Lot 6 39.700 |
| | | | | Southeast 1/4 Of The Southeast 1/4 40.000 |
| | | | | Aliquot Portions Of Section 31 185.000 |
| | | | | Total: 441.110 |
| | | | | Section 32 East 1/2 Of The Northeast 1/4 80.000 |
| | | | | East 1/2 Of The Southeast 1/4 80.000 |
| | | | | Southwest 1/4 Of The Northwest 1/4 40.000 |
| | | | | Section 33 South 1/2 Northeast 1/4 80.000 West 1/2 320.000 |
| | | | | Total Acres: 8178.610 |

674/023353-0033
1035810.01 a69/11/09

# Real Property Leases*

## Surface Leases

| LESSOR or GRANTOR | LESSEE or GRANTEE | LEASE DATE | RECORDING DISTRICT | PROSPECT NAME |
|---|---|---|---|---|
| SALAMATOF NATIVE ASSOCIATION | FOREST OIL CORPORATION | 8/1/2002 | ANCHORAGE | REDOUBT SHOAL |
| SALAMATOF NATIVE ASSOCIATION | FORCENERGY INC | 8/27/1999 | ANCHORAGE | WEST FORELAND |

* All interests herein assigned to PEAO by Forest Oil Corporation or Forest Alaska Operating LLC

674/023353-0033
1035810.01 a09/11/09

| LESSOR or GRANTOR | LESSEE or GRANTEE | LEASE DATE | RECORDING DISTRICT | PROSPECT NAME | RECORDING | |
|---|---|---|---|---|---|---|
| | | | | | BOOK | PAGE |
| LORENCE B SNODGRASS ET UX | STEWART PETROLEUM | 11/6/1962 | ANCHORAGE | | | |
| LORENCE SNODGRASS AND NINA | MARATHON OIL COMPANY | 5/23/1978 | ANCHORAGE | | | |
| UNION OIL COMPANY OF CALIFORNIA AND FOREST OIL CORPORATION | FOREST OIL CORPORATION | 9/29/2005 | ANCHORAGE | TRADING BAY | | |
| COOK INLET REGION INC | STEWART PETROLEUM COMPANY | 3/31/1995 | | | | |
| SALAMATOF NATIVE ASSOCIATION | FOREST OIL CORPORATION | 8/1/2002 | ANCHORAGE | | | |
| SALAMATOF NATIVE ASSOCIATION | FORCENERGY | 8/27/1999 | | T21N R14W Sec. 3, 4, 9, 10 T8N R14W Sec. 16, 21, 28,33,34 – 50 ft wide transportation corridor comprising approx. 80 acres s.m., Kenai pen bor. | | |
| SALAMATOF NATIVE ASSOCIATION | FOREST OIL CORPORATION AND UNION OIL COMPANY OF CALIFORNIA | 1/1/2000 | | T8N R14W Sec. 6 a parcel of land lying within the SE/4 as more fully described in lease, upon which an airstrip is constructed and used for remote oil production facility 8N-14W- SEC 6: Parcel in SE/4 (Airstrip) | | |
| SALAMATOF NATIVE ASSOCIATION | STEWART PETROLEUM COMPANY | 1/1/1990 | | T8N R14W Sec. 5, 8, 9, 16, 17, S.M. AK surface lease easement containing approximately 700 acres. | 2019 | 708 |
| COOK INLET REGION INC. | STEWART PETROLEUM COMPANY | 3/31/1995 | | Subsurface easement, 20' in width, to a depth of 25' below the natural surface contour beneath real estate located in the Kenai Peninsula Borough, State of AK, 3rd Judicial District, Anchorage Recording District. 2003 042309-0 | | |
| COOK INLET REGION INC. | STEWART PETROLEUM | 1/1/1990 | | T8N R14W Sec.26 Commencing at a point in the SW/corner of the airstrip locally known as the Pan American Petroleum Airstrip (abandoned), said corner being the true point of beg.; then N 48 deg 30'W. approx. 1800'; then N 52 deg 45'E. approx 1300 to the mean high water line of the Cook Inlet; then in a SE'ly direction along the mean high water line of Cook Inlet, approx 3750'; then N48 deg 30'W, approx 1580 to the true point of beg., all located within the Anchorage Recording District, Third Judicial District, AK The Subsurface estate to a depth of 200 feet from the existing surface contour in the above desc. Property. S. M. AK This is an easement fee. | 2019 | 708 |
| BARBARA M STEVENS REPRESENTED BY THE BIA A-47826 | FOREST OIL CORPORATION | 11/13/2002 | ANCHORAGE | WEST MCARTHUR RIVER Section 21, T.8N, R.14W., S.M. | 2003-021223-0 | |

| LESSOR or GRANTOR | LESSEE or GRANTEE | LEASE DATE | RECORDING DISTRICT | PROSPECT NAME | RECORDING | |
|---|---|---|---|---|---|---|
| | | | | | BOOK | PAGE |
| HEIRS OF ALEC DOLCHOK AND SHERIAN E. MARTIN REPRESENTED BY THE FIELD REPRESENTATIVE BIA AA-8272-B | FOREST OIL CORPORATION | 9/4/2002 | ANCHORAGE | WEST MCARTHUR RIVER | 2002-065363-0 | |

* All interests herein assigned to PEAO by Forest Oil Corporation or Forest Alaska Operating LLC.

674/023353-0033
1035810.01 a09/11/09

# PLATFORMS, WELLS AND EQUIPMENT

## REDOUBT SHOAL FIELD

**Osprey Platform, associated infrastructure, pipelines and the following wells:**

| Well |
|------|
| RU-1 |
| RU-2 |
| RU-3ST |
| RU-4 |
| RU-5 |
| RU-6 |
| RU-7 |

## WEST McARTHUR RIVER FIELD, associated infrastructure, pipelines and the following wells:

| Well |
|------|
| 1A |
| 2A |
| 3ST |
| 4D |
| 5 |
| 6 |
| 7A |

## WEST FORELAND FIELD, associated infrastructure, pipelines and the following wells:

| Well |
|------|
| 1 |
| 2(Lower) |
| 2D(Upper) |

674/023353-0033
1035810.01 a09/11/09

# EQUIPMENT AND TOOLS

| Item | E# | Equipment Name | Model No. | Serial No. |
|---|---|---|---|---|
| 1 | A19 | Motor grader | Caterpillar 14G | 96U05980 |
| 2 | A11 | Motor grader | Caterpillar 14G | 96U705 |
| 3 | A12 | Crawler | Caterpillar D-6 | 04X08385 |
| 4 | A22 | Crawler | Caterpillar D-7H LGP | 7ME00676 |
| 5 | A13 | Bucket loader | Caterpillar 966C | 76J2806 |
| 6 | A24 | Bucket loader | Caterpillar 966F1 | 1SL01399 |
| 7 | A14 | Skid steer loader | Bobcat 863 | 514414261 |
| 8 | A26 | Skid steer loader | Bobcat s250 | 521313258 |
| 9 | A17 | #1Crewcab Flatbed Truck | Ford F550 2000 | 1FDAW57F31EB36746 |
| 10 | b2503 | #2Crewcab Pickup | Ford F350 2002 | 1FTSW31F72EB31928 |
| 11 | b2504 | #3Crewcab Pickup | Ford F350 2002 | 3FTSW31FX2MA14709 |
| 12 | b2505 | #4Crewcab Pickup | Ford F350 2002 | 1FTSW31F02EB30720 |
| 13 | b2506 | #5Crewcab Pickup | Ford F350 2002 | 1FTSW31F32EA97115 |
| 14 | A18 | Extended Cab Pickup | Ford F250 1997 | 1FTHX26F6VEC56000 |
| 15 | A36 | #1Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA152B508080 |
| 16 | A37 | #2Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA182B508073 |
| 17 | A38 | #3Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA112B508075 |
| 18 | A39 | #4Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA172B508081 |
| 19 | A40 | Honda ATV | Rubicon | 47BTE26031402925 |
| 20 | A09 | Honda ATV | Fourtrax | 47BTE2243X4004503 |
| 21 | A10 | Snow machine | Skidoo Scandic 1999 | 1430-00047 |
| 22 | A2 | 1991 Diesel SUV | Surburban 4dr Chev | 1GNGV26618LF15996 |
| 23 | A57 | Welding Truck | Ford F350+portable unit | 2FTJW36MOKCB56405 |
| 24 | A52 | International Fuel Truck | S1954 | 1HTLDZ5N7JH584462 |
| 25 | A53 | International Vac Truck | 4070B | 103322228 |
| 26 | A8 | Mack Truck 1982 | End Dump | DML821SX 001023 |
| 27 | A7 | Mack Vac Truck 1981 | Vac Truck | DMM6866S1353 |
| 28 | A3 | Gas Crewcab (Pink lady) | Ford F350 1993 | 2FTJW36H8PLB01629 |

674023353-0033
1035810.01 a09r/1109

| Item | E# | Equipment Name | Model No. | Serial No. |
|------|-----|----------------|-----------|------------|
| 29 | A43 | Light Plant #1 | Mag005Nightbuster 4000 | 10474 |
| 30 | A44 | Light Plant #2 | Mag007Nightbuster | 10476 |
| 31 | A27 | Snow Blower | Boss | N/A |
| 32 | A58 | Frost Fighter | Totem diesel 500K BTU | 1120046 |
| 33 | A59 | Frost Fighter Trailer | Totem diesel 1M BTU | GJ513785 |
| 34 | A35 | Replacement Excavator | Hitachi EX150 | 1333489 |
| 35 | A60 | Generator | Deutz | 7878610 |
| 36 | A47 | Generator | Caterpillar XQ350 | E46-JVN89 |
| 37 | A61 | Air Compressor | IVR 185 | 4FVCBAA41U319265 |
| 38 | A48 | Spill response boat '16 | Honda Jet Lowe Boat | OMCL0928J001 |
| 39 | A29 | Sander | 2½ yd | 00-06-7399 |
| 40 | A45 | Heater | Tioga | 88111246 |
| 41 | A30 | Diesel man lift | JLG 450AJ | 300046524 |
| 42 | A31 | Electric scissor lift | JLG 2646E2 | 200067236 |
| 43 | A46 | Spill trailer w/spill & equipment | Spill Response Van | 53126 |
| 44 | A49 | Equipment trailer | 15 Ton | N/A |
| 45 | A32 | #1Portable housing unit | 2 bedroom + office | N/A |
| 46 | A33 | #2Portable housing unit | 2 bedroom + office | N/A |
| 47 | A34 | Atco portable | tools storage | N/A |
| 48 | A1 | | 1989 Ford F350 | 2FTJW36MXKCB08278 |
| 49 | A4 | | 1999 Ford F350 | 1FTSW31F6X3A68053 |
| 50 | A5 | Fuel truck | 1974 Chevrolet | CHM9341169628 |
| 51 | A6 | Vac truck – 60 bbl | 1974 International | 25947DGA18253 |
| 52 | A16 | Backhoe | 1975 JD | 002859T |
| 53 | | Crane | RTT656S | 39142 |
| 54 | | All of Debtors' miscellaneous equipment located in Alaska or associated with Alaskan operations. | | |
| 55 | | All of Debtors' miscellaneous power tools located in Alaska or associated with Alaskan operations. | | |
| 56 | | All of Debtors' miscellaneous hand tools located in Alaska or associated with Alaskan operations. | | |
| 57 | | All of Debtors' miscellaneous equipment storage and tool storage located in Alaska or associated with Alaskan operations. | | |

674023353-0033
1035810.01 a09/11/09

## Computers and Data (But Excluding Those Located in or Associated with the Anchorage Office)

1. All of Debtors' miscellaneous servers, computer and IT hardware equipment located in Alaska or associated with Alaskan operations.
2. All of Debtors' miscellaneous computer and IT software located in Alaska or associated with Alaskan operations.
3. All of Debtors' miscellaneous data and data storage located in Alaska or associated with Alaskan operations.
4. All of Debtors' miscellaneous printers, plotters, computer tables, furniture, and any other related equipment or supplies related to computers and data located in Alaska or associated with Alaskan operations.

## Working Interests in Leases, Wells, Product, Camps and Related Infrastructure

1. All of Debtors' Working Interest in all Redoubt Unit leases, wells, platform, related infrastructure and rights in all contracts & agreements supporting their operations.
2. All of Debtors' Working Interest in all West McArthur River Unit leases, wells, camps related infrastructure and rights in all contracts & agreements supporting their operations.
3. All of Debtors' Working Interest in all West Foreland Field leases, wells, production facility, related infrastructure and rights in all contracts & agreements supporting their operations.
4. All of Debtors' Working Interest in the Mosquito Station and related infrastructure.
5. All of Debtors' overriding royalty interests in all Leases located in Alaska.
6. All of Debtors' rights, interests and royalty interests in any crude oil stored in any and all of the storage tanks located in any of the Alaskan facilities.

## Furniture, Fixtures and Supplies (But Excluding Those Located in Anchorage Office)

1. All of Debtors' Furniture located in Alaska or associated to Alaskan operations.
2. All of Debtors' Fixtures located in Alaska or associated to Alaskan operations.
3. All of Debtors' Office, Janitorial, Kitchen (including camp food), Camp, Welding, Lubricants, Paint Welding, Spill Response and any other supplies in Alaska or associated to Alaskan operations.

674/023353-0033
103581001 a09/11/09

## PART TWO OF EXHIBIT A - DESCRIPTION OF THE ALASKA INTERESTS ASSOCIATED WITH KUSTATAN PROPERTIES

All of Debtors' Working Interest in the Kustatan Field lease, KF #1 well, camp, production facility related infrastructure and rights in all contracts and agreements supporting their operations.

All of Debtors' rights, title and fee interest in the 346.614 acres of real property located on the west side of Cook Inlet where the Kustatan Production Facility is situated.

Kustatan to Trading Bay Subsurface Easement Agreement, entered into on October 28, 2002, between Cook Inlet Region, Inc. and Forest Oil Corporation (assigned from Forest Oil Corporation to PEAO), along with related Kustatan Subsurface Easement dated December 5, 2002.

## Platforms, Wells and Equipment

**KUSTATAN FIELD, associated infrastructure, pipelines and the following well:**

| Well |
|------|
| 1 |

## Rights-of-Way*

| LESSOR or GRANTOR | LESSEE or GRANTEE | LEASE DATE | RECORDING DISTRICT | PROSPECT NAME |
|-------------------|-------------------|------------|--------------------|--------------|
| COOK INLET REGION INC | FOREST OIL CORPORATION | 2002 | ANCHORAGE | KUSTATAN TO TRADING BAY |

* All interests herein assigned to PEAO by Forest Oil Corporation or Forest Alaska Operating LLC.

674023353-0033
105810.01 a09/11/09

# Owned Real Property*

| GRANTOR | GRANTEE | GRANT DATE | RECORDING DISTRICT | PROSPECT NAME | RECORDING BOOK | PAGE |
|---|---|---|---|---|---|---|
| HEIRS OF GLADYS ELVSAAS | FORCENERGY INC | 4/20/2000 | ANCHORAGE | REDOUBT SHOAL<br><br>Lot 2, USS 12121 according to the official plat on file in the BLM located within the Anchorage Recording District, Third judicial District, State of AK, containing 161.613 acres more or less. | 975 | 678 |
| FRED H ELVSAAS | FORCENERGY INC | 1/28/2000 | ANCHORAGE | REDOUBT SHOAL<br><br>Lot 1, USS No. 4527, according to the official plat on file at the BLM, located within the Anchorage Recording District, Third Judicial District, State of AK, containing 160.545 acres. | 975 | 662 |
| FRED H ELVSAAS | FORCENERGY INC | 11/13/1998 | ANCHORAGE | REDOUBT SHOAL<br><br>Parcel 1: USS 1999 according to the official plat on file in the BLM located in the Anchorage Recording District, Third Judicial District, State of AK, containing 15.197 acres more or less. Parcel 3: USS 4527, Lot 2 according to the official plat on file in the BLM, located within the Anchorage Recording District, Third Judicial District, State of AK containing 4.581 acres more or less. | 3364 | 205 |

* All interests herein assigned to PEAO by Forest Oil Corporation or Forest Alaska Operating LLC.

674023353-0033<br>1035810.01 a09/11/09