## PACIFIC ENERGY RESOURCES LTD.
## Bonds Balance

| Account Name | Account Type | Bank | GL Account | Account Number | Balance as of 7/31/09 | Maturity | Notes |
|---|---|---|---|---|---|---|---|
| **Pacific Energy Alaska Operating LLC** | | | | | | | |
| Pacific Energy Resources LTD. | EPA | First National Bank of Alaska | PEAO 1601-010 | 22504955 | $ 490,000.00 | | Irrevocable Letter of Credit Standby Agreement (EPA). Cash collateralized with account #22504955 at First National Bank of Alaska. Cash deposited 12/14/07 |
| Pacific Energy Resources LTD. | Blanket | Department of Natural Resources, Division of Oil and Gas | PEAO 1601-010 | Cash Bond | $ 100,000.00 | | Cash Performance Guarantee signed Jan. 30, 2008 Cash deposited with DNR 12/14/07 |
| Pacific Energy Resources LTD | Blanket | Department of Natural Resources, Division of Oil and Gas | PEAO 1601-010 | Cash Bond | $ 500,000.00 | | Performance Guarantee. Cash deposited with DNR 12/14/07 |
| Pacific Energy Resources LTD. | Abandonment Liability Redoubt | First National Bank of Alaska | PEAO 1601-011 | 80-3700-00 | $ 6,632,335.25 | | Escrow Account Pledged to DNR for Redoubt Operations |
| Pacific Energy Resources LTD. | Drilling & Operating Bond | AK Oil & Gas Conservation Commission | PEAO 1601-010 | Cash Bond | $ 200,000.00 | | Cash deposited with DNR 12/14/07 |
| Pacific Energy Resources LTD. | Bureau of Land Management Bond | Bureau of Land Management | PEAO 1601-010 | Cash Bond | $ 25,008.00 | | Lease A 035017 |
| **Pacific Energy Alaska Operating LLC Total** | | | | | **$ 7,947,343.25** | | |

Exhibit B