IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC ENERGY RESOURCES LTD., et al.[1] | ) | Case No. 09-10785 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Bid Deadline: December 9, 2009 at 12:00 noon ET
Rescheduled Auction: December 11, 2009 at 10:00 a.m. PT
Hearing Date: December 22, 2009 at 2:00 p.m. ET

## NOTICE OF RESCHEDULED AUCTION AND HEARING RE DEBTORS' PROPOSED SALE OF BETA ASSETS AND ASSIGNMENT OF RELATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

To: (i) Office of the United States Trustee; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) counsel to the Debtors' secured lenders; (iv) parties known by the Debtors to assert liens, claims, rights, interests or encumbrances of record in the Beta Assets (as such term is defined in the Sale Motion); (v) federal, state and local taxing authorities who have a reasonably known interest in the Beta Assets; (vi) the United States Attorney for the District of Delaware; (vii) the Internal Revenue Service; (viii) the United States Department of Justice; (ix) the counterparties to the Assumed Executory Contracts (as such term is defined in the Sale Motion); and (x) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that on June 19, 2009, the debtors and debtors in possession herein (the "Debtors") filed the *Debtors' Motion for an Order (A) Approving Procedures For Sale of the Debtors' Beta Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Notice of Respective Dates, Times, and Places for Auction and for Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts an Unexpired Leases; (D) Approving Forms of Notice; and (E) Granting Related Relief* (the "Sale Procedures Motion").

**PLEASE TAKE NOTICE** that on July 1, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving the sale procedures (the "Sale Procedures") requested by the Sale Procedures Motion.[2]

**PLEASE TAKE NOTICE** that, on July 2, 2009, the Debtors filed with the Bankruptcy Court their *Debtors' Motion for an Order: (I) Approving Sale of Debtors' Beta*

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtors' federal tax identification number, are: Pacific Energy Resources Ltd. (3442); Petrocal Acquisition Corp. (6249); Pacific Energy Alaska Holdings, LLC (tax I.D. # not available) ("PEAH"); Carneros Acquisition Corp. (5866); Pacific Energy Alaska Operating LLC (7021) ("PEAO", together with PERL and PEAH, the "Sellers"); San Pedro Bay Pipeline Company (1234); Carneros Energy, Inc. (9487); and Gotland Oil, Inc. (5463). The mailing address for all of the Debtors is 111 W. Ocean Boulevard, Suite 1240, Long Beach, CA 90802.

[2] Capitalized terms not expressly defined herein have the meanings ascribed to such terms in the Sale Procedures.

*Assets Free and Clear Of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (the "Sale Motion").

        **PLEASE TAKE FURTHER NOTICE** that the deadline for objections and responses to the Sale Motion was July 28, 2009 at 4:00 p.m. Eastern time, and several persons and entities filed responses that will be considered at the Sale Hearing (defined below).

        **PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing (the "Sale Hearing") on the relief requested in the Sale Motion (among other things, to confirm the results of any Auction and approve the sale of the Beta Assets to the Successful Bidder(s), if any) will be held on December 22, 2009 at 2:00 p.m. (prevailing Eastern time) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States District Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

        **PLEASE TAKE FURTHER NOTICE** that all requests for information concerning information on the Sale Procedures, the proposed sale of the Beta Assets, or the Sale Motion should be directed in writing to the Debtors, Att: Gerald A. Tywoniuk, CEO, Pacific Energy Resources Ltd., 111 W. Ocean Boulevard, Suite 1240, Long Beach, CA (e-mail: gtywoniuk@pacenergy.com).

        **PLEASE TAKE FURTHER NOTICE** that the sale process will be conducted pursuant to the Sale Procedures as of the dates set forth below:

        a.    By **Wednesday, December 9, 2009, at 12:00 noon Eastern time**, any party that wishes to bid on the Sold Assets must be qualified and submit its bid and deposit in accordance with the Sale Procedures.

        b.    On **Friday, December 11, 2009, at 10:00 a.m. Pacific time**, the Debtors will conduct an auction (the "Auction") for the Beta Assets to the extent that there is more than one Qualified Bid at that time at the offices of Debtors' counsel Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067-4100. The Debtors reserve the right to continue the Auction to another date and time, as appropriate.

        c.    On **Tuesday, December 22, 2009, at 2:00 p.m. Eastern time**, the Bankruptcy Court will conduct a continued hearing on the Sale Motion, at which the Bankruptcy Court may consider approval of the sale of the Beta Assets to the highest bidder at the auction. The Debtors reserve the right to continue the hearing to another date and time, as appropriate. The Debtors will endeavor to coordinate with interested parties on the form of the order approving the Sale Motion.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE SALE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 23, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Scotta McFarland/*

Ira D. Kharasch (CA Bar No. 109084)
James E. O'Neill (DE Bar No. 4042)
Maxim B. Litvak (CA Bar No. 215852)
Scotta E. McFarland (DE Bar No. 4184)
Robert M. Saunders (CA Bar No. 226172)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302/652-4100
Facsimile: 310/652-4400
Email:    ikharasch@pszjlaw.com
            joneill@pszyjlaw.com
            mlitvak@pszyjlaw.com
            smcfarland@pszjlaw.com
            rsaunders@pszjlaw.com

Counsel for Debtors and Debtors in Possession