# Exhibit A

## Exhibit A

Contracts Governing the Debtor and Claimant's Relationship Regarding the TBU and TBF:

- Alaska Competitive Oil and Gas Lease No. 17594, dated March 1, 1962
- Alaska Competitive Oil and Gas Lease No. 17602, dated January 31, 1962
- Alaska Competitive Oil and Gas Lease No. 18758, dated September 1, 1962
- Alaska Competitive Oil and Gas Lease No. 17579, dated February 1, 1962
- Alaska Competitive Oil and Gas Lease No. 18716, dated September 1, 1962
- Alaska Competitive Oil and Gas Lease No. 18729, dated October 1, 1962
- Alaska Competitive Oil and Gas Lease No. 18730, dated October 1, 1962
- Alaska Competitive Oil and Gas Lease No. 18731, dated October 1, 1962
- Alaska Competitive Oil and Gas Lease No. 18772, dated September 1, 1962
- Alaska Competitive Oil and Gas Lease No. 18777, dated September 1, 1962
- Alaska Competitive Oil and Gas Lease No. 21068, dated July 1, 1963
- Alaska Competitive Oil and Gas Lease No. 391108 dated October 1, 2007
- Alaska Department of Natural Resources Approval of Assignment Applications for Lease Nos. 17594, 18729, 18730, 18731, 18777 dated June 11, 2002
- Alaska Department of Natural Resources Approval of Assignment Applications for Lease No. 18772, dated June 11, 2002
- Alaska Department of Natural Resources, Approval of Assignment Applications for Lease Nos. 17579, 17602, 18716, 18758, 18772, and 21068, dated June 11, 2002
- Lease and Right-of-Way Agreement, Salamatof Native Association, Inc., Forest Oil Corporation and Union Oil Company of California dated effective January 1, 2000
- Unit Agreement for the Development and Operation of the Trading Bay Unit Area State of Alaska dated February 6, 1967 between Union Oil of California, as Operator, and Standard Oil Company of California, et al. as Non-Operators, as Amended and Including All Ratifications and Joinders
- Unit Operating Agreement – Trading Bay Unit, dated August 25, 1967, between Union Oil Company of California, as Operator, and Marathon Oil Company, et al. as Non-Operators, as Amended and Supplemented

- Trading Bay Field Joint Operating Agreement between Union Oil Company of California and Marathon Oil Company dated June 12, 1996

- Unocal/Forest Oil Alignment Agreement, Trading Bay Field/Trading Bay Unit dated as of January 1, 2002, between Union Oil Company of California and Forest Oil Corporation

- Trading Bay Facilities Agreement between Union and Forest Oil Company dated May 1, 2002; *and* Amendment No. 1 to Trading Bay Facilities Agreement dated effective April 16, 2007

- Fuel Gas Supply Agreement, dated November 25, 2002, between Union Oil of California as Operator of the Unit Operating Agreement, Trading Bay Unit, Cook Inlet, Alaska, and Forest Oil Corporation

- Amended and Restated Trading Bay Facilities Agreement dated effective September 1, 2009

- All of the easements, leases, tidelands leases, fee lands, rights-of-way and other surface rights used or formerly used in connection with the Trading Bay Unit