IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC ENERGY RESOURCES LTD., et al.[1] | ) | Case No. 09-10785 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Related Docket No. ___**

## ORDER PURSUANT TO 11 U.S.C. § 1127(a) AND (d) AND RULE 3019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING MODIFICATIONS TO FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION FOR PACIFIC ENERGY RESOURCES LTD., ET AL

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to section 1127(a) and (d) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3019(a) of the Federal Bankruptcy Rules (the "Bankruptcy Rules"), approving certain modifications to the *First Amended Chapter 11 Plan of Liquidation for Pacific Energy Resources Ltd., Et Al*, dated August 27, 2010 [Docket No. 1709] (the "Plan"); and the Debtors having proposed certain modifications to the Plan as set forth in Exhibit A to the Motion (the "Modified Plan"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtors' federal tax identification number, are: Pacific Energy Resources Ltd. (3442); Petrocal Acquisition Corp. (6249); Pacific Energy Alaska Holdings, LLC (tax I.D. # not available); Carneros Acquisition Corp. (5866); Pacific Energy Alaska Operating LLC (7021); Carneros Energy, Inc. (9487); and Gotland Oil, Inc. (5463). The mailing address for all of the Debtors is 111 W. Ocean Boulevard, Suite 1240, Long Beach, CA 90802.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

after due deliberation and it appearing that sufficient cause exists for granting the requested relief; and that the relief requested under the Motion is in the best interests of the Debtors' estates and creditors; it is hereby

    ORDERED that the Motion is granted in its entirety; and it is further

    ORDERED that the modifications to the Plan are approved without need for re-solicitation of acceptances of the Plan; and it is further

    ORDERED that this Order is effective immediately and the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2010

                                                              Honorable Kevin J. Carey
                                                              United States Bankruptcy Judge